**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEVADA

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                    **4/16**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **PACIFIC COAST FLANGE, INC.** |
| **2.** | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **68-0365008** |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **45 STOKES DRIVE** <br> **MOUND HOUSE, NV 89706** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Lyon** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ |

Debtor  **PACIFIC COAST FLANGE, INC.**                                    Case number (*if known*) _____
_____
Name

---

**7.  Describe debtor's business**        A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

---

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**        *Check one:*

☒ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☒ No.

☐ Yes.

If more than 2 cases, attach a separate list.

District _____    When _____    Case number _____

District _____    When _____    Case number _____

---

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No

☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____    Relationship _____

District _____    When _____    Case number, if known _____

---

Debtor   **PACIFIC COAST FLANGE, INC.**                         Case number *(if known)*
             Name

---

**11. Why is the case filed in this district?**    *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                      Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

           Contact name _____

           Phone _____

---

### ■ Statistical and administrative information

**13. Debtor's estimation of available funds**    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    **PACIFIC COAST FLANGE, INC.**            Case number (*if known*) _____
<br>Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 22, 2017**
<br>                   MM / DD / YYYY

**X** **/s/ MICHAEL H. FITE**                       **MICHAEL H. FITE**
<br>Signature of authorized representative of debtor         Printed name

Title    **PRESIDENT**

**18. Signature of attorney**

**X** **/s/ Kevin A. Darby, Esq.**               Date **May 22, 2017**
<br>Signature of attorney for debtor                     MM / DD / YYYY

**Kevin A. Darby, Esq.**
<br>Printed name

**DARBY LAW PRACTICE**
<br>Firm name

**4777 CAUGHLIN PARKWAY**
<br>**RENO, NV 89519**
<br>Number, Street, City, State & ZIP Code

Contact phone    **775.322.1237**       Email address    **kevin@darbylawpractice.com**

**NV7670**
<br>Bar number and State

**Fill in this information to identify the case:**

Debtor name    **PACIFIC COAST FLANGE, INC.**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1  BANK OF THE WEST**
Creditor's Name

**475 SANSOME STREET, 19TH FLOOR NC-TRI-19 San Francisco, CA 94111**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**ALL MACHINE TOOL AND RELATED EQUIPMENT LEASED OR FINANCED FROM BANK OF THE WEST**

Amount of claim: **$21,732.20**    Value of collateral: **$0.00**

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?
☑ No    ☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred
**10/2016**
Last 4 digits of account number
**0574**

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2  CAP CALL, LLC**
Creditor's Name

**122 E. 42ND STREET, SUITE 2112 New York, NY 10168**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**ALL ASSETS OF DEBTOR**

Amount of claim: **$72,500.00**    Value of collateral: **$0.00**

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?
☑ No    ☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred
**2/2017**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is: Check all that apply

Debtor    **PACIFIC COAST FLANGE, INC.**                                    Case number (if know) _____
_____
Name

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **CORPORATION SERVICE COMPANY** | | |
|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**    $0.00    $0.00
**ALL ASSETS OF DEBTOR**

**PO BOX 2576**
**Springfield, IL 62708**
Creditor's mailing address

**Describe the lien**
_____

**Is the creditor an insider or related party?**
■ No
Creditor's email address, if known    ☐ Yes

**Is anyone else liable on this claim?**
☐ No
**Date debt was incurred**
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **CROSSROADS FINANCIAL, LLC** | | |
|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**    $14,549.74    $0.00
**ALL ASSETS OF DEBTOR**

**6001 BROKEN SOUND PARKWAY, SUITE 620**
**Boca Raton, FL 33487**
Creditor's mailing address

**Describe the lien**
_____

**Is the creditor an insider or related party?**
■ No
Creditor's email address, if known    ☐ Yes

**Is anyone else liable on this claim?**
☐ No
**Date debt was incurred**
**6/2016**
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**
**0333**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **FIRST NORTHERN BANK** | | |
|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**    $102,386.37    $0.00
**ALL INVENTORY, ACCOUNTS, & EQUIPMENT; FVM 104125 DC BRIDGE MACHINE CENTER AND 1000 PSI CHIP BALSTER**

**195 N. FIRST STREET**
**Dixon, CA 95620**
Creditor's mailing address

**Describe the lien**

---

Debtor    **PACIFIC COAST FLANGE, INC.**
_____
Name

Case number (if know) _____

_____
Creditor's email address, if known

**Date debt was incurred**
**4/2017**

**Last 4 digits of account number**
**1901**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **INDUSTRIAL EQUIPMENT CAPITAL, LLC** | | $0.00 | $400,000.00 |
|-----|---------------------------------------|--|-------|-------------|

Creditor's Name

**2884 PEYTON RD.**
**La Verne, CA 91750**
_____
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**CHEVALIER FVL-1600VTC CNC VTL**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **US BANK EQUIPMENT FINANCE** | | $49,560.60 | $0.00 |
|-----|-------------------------------|--|------------|-------|

Creditor's Name

**PO BOX 230789**
**Portland, OR 97281**
_____
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**ONE CHEVALIER FVL-1600 VTC VERTICAL TURNING CENTER WITH FANUC**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**8/2016**

**Last 4 digits of account number**
**2090**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **PACIFIC COAST FLANGE, INC.**                    Case number (if know) _____
_____
Name

| 2.8 | **WORLD GLOBAL FINANCING INC.** | **Describe debtor's property that is subject to a lien** | $96,000.00 | $0.00 |

Creditor's Name

**CHRISTOPHER JONES, ESQ.**
**141 NORTHEAST 3RD AVENUE, PH**
**Miami, FL 33132**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**ALL ASSETS OF DEBTOR**

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Date debt was incurred**
**5/2017**

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $356,728.91

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **EXPRESS FINDING INC.**<br>**8310 17TH AVENUE**<br>**Brooklyn, NY 11214** | Line **2.8** | |
| **RICHMOND CAPITAL GROUP LLC**<br>**125 MAIDEN LANE, SUITE 501**<br>**New York, NY 10038** | Line **2.2** | |
| **TD BANK**<br>**100 STONE VILLAGE DRIVE**<br>**Fort Mill, SC 29708** | Line **2.4** | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **PACIFIC COAST FLANGE, INC.**

United States Bankruptcy Court for the: **DISTRICT OF NEVADA**

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**DEPARTMENT OF LABOR**
**1818 E. COLLEGE PARKWAY,**
**SUITE 102**
**Carson City, NV 89706**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,557.34** | **$0.00** |
|---|---|---|---|---|

**DEPARTMENT OF TAXATION**
**1550 COLLEGE PARKWAY, SUITE 115**
**Carson City, NV 89706**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/2017**

Basis for the claim:
**2016-2017**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

Debtor **PACIFIC COAST FLANGE, INC.**     Case number (if known) _____
     Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $494.81 | $0.00 |
|---|---|---|---|---|

**EMPLOYMENT SECURITY DIVISION CONTRIBUTIONS SECTION 500 E THIRD STREET Carson City, NV 89713**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred **5/2016**

Basis for the claim: _____

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**INTERNAL REVENUE SERVICE P.O. Box 21126 DPN 781 Philadelphia, PA 19114**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim: _____

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $12,732.03 | $12,732.03 |
|---|---|---|---|---|

**LYON COUNTY ASSESSORS 27 SOUTH MAIN STREET Yerington, NV 89447**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred **8/2016**

Basis for the claim: _____

Last 4 digits of account number **1915**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $2,457.00 | $2,457.00 |
|---|---|---|---|---|

**STATE OF NEVADA DMV PO BOX 6900 Carson City, NV 89702-6900**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred **9/2015**

Basis for the claim: _____

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

                                                                              **Amount of claim**

Debtor    **PACIFIC COAST FLANGE, INC.**                                    Case number (if known) _____
_____
Name

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,449.97 |

**3.1**  Nonpriority creditor's name and mailing address
**A-L SIERRA WELDING PRODUCTS**
**4443 US-50**
**Carson City, NV 89701**

Date(s) debt was incurred  12/2016

Last 4 digits of account number  8587

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE DEBT

Is the claim subject to offset? ■ No ☐ Yes

**$8,449.97**

---

**3.2**  Nonpriority creditor's name and mailing address
**AARON MIHALI**

Date(s) debt was incurred  3/2017

Last 4 digits of account number  12

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE DEBT

Is the claim subject to offset? ■ No ☐ Yes

**$1,095.00**

---

**3.3**  Nonpriority creditor's name and mailing address
**ABC FIRE & CYLINDER SERVICE**
**1025 TELEGRAPH STREET**
**Reno, NV 89502**

Date(s) debt was incurred  1/2016

Last 4 digits of account number  4154

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE DEBT

Is the claim subject to offset? ■ No ☐ Yes

**$2,136.51**

---

**3.4**  Nonpriority creditor's name and mailing address
**ABC HEATING & SHEET METAL**
**7893 US-50**
**Carson City, NV 89701**

Date(s) debt was incurred  6/2008

Last 4 digits of account number  7797

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE DEBT

Is the claim subject to offset? ■ No ☐ Yes

**$263.39**

---

**3.5**  Nonpriority creditor's name and mailing address
**ADVANCE CAPITAL**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE DEBT

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6**  Nonpriority creditor's name and mailing address
**AFLAC**
**1932 WYNNTON ROAD**
**Columbus, GA 31999**

Date(s) debt was incurred  4/2017

Last 4 digits of account number  6328

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE DEBT

Is the claim subject to offset? ■ No ☐ Yes

**$2,080.92**

---

**3.7**  Nonpriority creditor's name and mailing address
**AIRGAS NCN**
**3882 GONI ROAD**
**Carson City, NV 89706**

Date(s) debt was incurred  1/2016

Last 4 digits of account number  6053

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE DEBT

Is the claim subject to offset? ■ No ☐ Yes

**$19,354.78**

---

Debtor     **PACIFIC COAST FLANGE, INC.**
_____     Case number (if known)     _____
Name

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,917.65 |

**ALLEN MAXWELL & SILVER, INC.**
**PO BOX 540**
**Fair Lawn, NJ 07410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/2016

Basis for the claim:  **DSV AIR & SEA INC.**

Last 4 digits of account number  0319

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,371.87 |

**AMERICAN EXPRESS**
**PO BOX 0001**
**Los Angeles, CA 90096**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/2017

Basis for the claim:  **CREDIT CARD**

Last 4 digits of account number  1001

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,395.35 |

**AMERICAN EXPRESS**
**PO BOX 0001**
**Los Angeles, CA 90096**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  7/2016

Basis for the claim:  **CREDIT CARD**

Last 4 digits of account number  1000

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $87,726.52 |

**AMERICAN METALS**
**525 S. SEQUOIA PARKWAY**
**Canby, OR 97013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/2016

Basis for the claim:  **TRADE DEBT**

Last 4 digits of account number  2435

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,506.00 |

**AMERICAN WATER WORKS ASSOCIATION**
**6666 W. QUINCY AVENUE**
**Denver, CO 80235-3098**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/2016

Basis for the claim:  **TRADE DEBT**

Last 4 digits of account number  7780

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $430.00 |

**AMERICAN WELDING SOCIETY**
**8669 NW 36TH STREET, SUITE 130**
**Miami, FL 33166-6672**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  7/2015

Basis for the claim:  **TRADE DEBT**

Last 4 digits of account number  1376

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,791.47 |

**AMERIGAS**
**4501 GONI ROAD**
**Carson City, NV 89706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/2016

Basis for the claim:  **TRADE DEBT**

Last 4 digits of account number  1530

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **PACIFIC COAST FLANGE, INC.**                          Case number *(if known)*
_____
Name

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,492.54** |

**AMERIPRIDE**
**958 UNITED CIRCLE**
**Sparks, NV 89431**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2016**

**Basis for the claim:**  TRADE DEBT

Last 4 digits of account number  **3541**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$179,000.00** |

**AMERISOURCE FUNDING, INC.**
**970 RESERVE DRIVE, SUITE 122**
**Roseville, CA 95678**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  TRADE DEBT

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**API INTERNATIONAL, INC.**
**12505 SW HERMAN ROAD**
**Tualatin, OR 97062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/2016**

**Basis for the claim:**  TRADE DEBT

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,507.82** |

**ARTISTIC FENCE**
**5740 US-50**
**Carson City, NV 89701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/2016**

**Basis for the claim:**  TRADE DEBT

Last 4 digits of account number  **4044**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,658.07** |

**AT&T MOBILITY**
**PO BOX 515188**
**Los Angeles, CA 90051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  TELEPHONE SERVICE

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,582.56** |

**BAKER, GOVERN & BAKER INC.**
**7771 W. OAKLAND PARK BOULEVARD,**
**STE. 150**
**ATRIUM WEST BUILDING**
**Fort Lauderdale, FL 33351**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  OLD DOMINION FREIGHT LINE DEBT

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,379.89** |

**BANK OF AMERICA**
**PO BOX 15796**
**Wilmington, DE 19886**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/2017**

**Basis for the claim:**  CREDIT CARD

Last 4 digits of account number  **8995**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **PACIFIC COAST FLANGE, INC.**                                    Case number *(if known)*

      Name

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,884.45** |
|---|---|---|---|

**BEST LIFE**
**17701 MITCHELL N**
**Irvine, CA 92614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/2017**

Last 4 digits of account number  **2140**

Basis for the claim:  **TRADE DEBT**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.00** |
|---|---|---|---|

**BETTER BUSINESS BUREAU**
**4834 SPARKS BOULEVARD, SUITE 102**
**Sparks, NV 89436**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/2016**

Last 4 digits of account number  **1493**

Basis for the claim:  **TRADE DEBT**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,335.00** |
|---|---|---|---|

**BNSF LOGISTICS, LLC**
**1600 LAKESIDE PARKWAY, SUITE 100**
**Flower Mound, TX 75028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/2016**

Last 4 digits of account number  **8506**

Basis for the claim:  **TRADE DEBT**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**BUCHALTER**
**55 2ND STREET, 17TH FLOOR**
**San Francisco, CA 94105-3493**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **TRADE DEBT**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$64,839.81** |
|---|---|---|---|

**CAB INCORPORATED**
**5411 COLE ROAD NE**
**Buford, GA 30518**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/2016**

Last 4 digits of account number  **32IN**

Basis for the claim:  **TRADE DEBT**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**CAPITAL ADVANCE SERVICES LLC**
**1715 STATE ROUTE 35, SUITE 302**
**Middletown, NJ 07748**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **TRADE DEBT**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$275.00** |
|---|---|---|---|

**CARSON CITY CHAMBER OF COMMERCE**
**1900 S. CARSON STREET**
**Carson City, NV 89701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/2015**

Last 4 digits of account number  **9128**

Basis for the claim:  **TRADE DEBT**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **PACIFIC COAST FLANGE, INC.**                                              Case number (if known) _____
             Name

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $789.76 |
|---|---|---|---|

**CARSON CITY LANDFILL DEVELOPMENT SERVICE**
**3600 FLINT DRIVE**
**Carson City, NV 89701**

Date(s) debt was incurred  **1/2016**

Last 4 digits of account number  **0286**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **TRADE DEBT**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $730.66 |
|---|---|---|---|

**CARSON CITY TIRE PROS**
**119 HOT SPRINGS ROAD**
**Carson City, NV 89706**

Date(s) debt was incurred  **7/2016**

Last 4 digits of account number  **6777**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **TRADE DEBT**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $120.00 |
|---|---|---|---|

**CAVALLERO HEATING & AIR COND., INC.**
**5541 US-50**
**Carson City, NV 89701**

Date(s) debt was incurred  **6/2016**

Last 4 digits of account number  **0057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **TRADE DEBT**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,922.83 |
|---|---|---|---|

**CENTRAL FREIGHT LINES, INC.**
**2401 E. 5TH STREET**
**Reno, NV 89512**

Date(s) debt was incurred  **7/2016**

Last 4 digits of account number  **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **TRADE DEBT**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,253.91 |
|---|---|---|---|

**CHARTER BUSINESS**
**400 ATLANTIC STREET, 10TH FLOOR**
**Stamford, CT 06901**

Date(s) debt was incurred  **3/2017**

Last 4 digits of account number  **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SERVICE**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,390.76 |
|---|---|---|---|

**CISCO AIR SYSTEMS**
**214 27TH STREET**
**Sacramento, CA 95816**

Date(s) debt was incurred  **2/2016**

Last 4 digits of account number  **5407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **TRADE DEBT**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $378.59 |
|---|---|---|---|

**CLANCY MACHINE & TOOL INC.**
**3055 OSGOOD COURT**
**Fremont, CA 94539**

Date(s) debt was incurred  **7/2016**

Last 4 digits of account number  **9973**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **TRADE DEBT**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **PACIFIC COAST FLANGE, INC.**                                    Case number *(if known)* _____
          _____
          Name

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $270,000.00 |
|---|---|---|---|

**3.36**   Nonpriority creditor's name and mailing address
CLANCY MACHINE TOOL, INC.
3942 VALLEY AVENUE, BUILDING K
Pleasanton, CA 94566

Date(s) debt was incurred _____
Last 4 digits of account number  **0061**

As of the petition filing date, the claim is: *Check all that apply.*                              **$270,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **TRADE DEBT**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.37**   Nonpriority creditor's name and mailing address
CRYSTAL FUNDING GROUP
80 BROAD STREET, 7TH FLOOR
New York, NY 10004

Date(s) debt was incurred _____
Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*                              **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **TRADE DEBT**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.38**   Nonpriority creditor's name and mailing address
DENNIS A. RINEARSON
1015 SUNSET DRIVE
Dixon, CA 95620

Date(s) debt was incurred _____
Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*                              **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **TRADE DEBT**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.39**   Nonpriority creditor's name and mailing address
DODSON GLOBAL, INC.
5650 E. PONCE DE LEON AVENUE
Stone Mountain, GA 30083

Date(s) debt was incurred _____
Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*                              **$9,800.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **TRADE DEBT**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.40**   Nonpriority creditor's name and mailing address
DSV AIR & SEA INC
C/O ALLEN MAXWELL & SILVER
PO BOX 540
Fair Lawn, NJ 07410

Date(s) debt was incurred _____
Last 4 digits of account number  **0319**

As of the petition filing date, the claim is: *Check all that apply.*                              **$23,917.65**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **TRADE DEBT**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.41**   Nonpriority creditor's name and mailing address
DYNATEK
2191 MENDENHALL, SUITE 105
North Las Vegas, NV 89081

Date(s) debt was incurred  **9/2016**
Last 4 digits of account number  **0076**

As of the petition filing date, the claim is: *Check all that apply.*                              **$478.46**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **TRADE DEBT**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.42**   Nonpriority creditor's name and mailing address
EBF PARTNERS LLC
5 WEST 37TH STREET
2ND FLOOR
New York, NY 10018

Date(s) debt was incurred _____
Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*                              **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **PACIFIC COAST FLANGE, INC.**                                    Case number *(if known)* _____
          Name

| | | |
|---|---|---|
| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$96,600.00** |

**3.43** Nonpriority creditor's name and mailing address

**EVEREST BUSINESS FUNDING**
**5 W. 37TH STREET, 2ND FLOOR**
**New York, NY 10018**

Date(s) debt was incurred  **12/2016**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*                    **$96,600.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **TRADE DEBT**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.44** Nonpriority creditor's name and mailing address

**EXPRESS FUNDING CORP.**
**8310 17TH AVENUE**
**Brooklyn, NY 11214**

Date(s) debt was incurred  __

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **TRADE DEBT**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.45** Nonpriority creditor's name and mailing address

**FASTENAL**
**2001 THEURER BOULEVARD**
**Winona, MN 55987**

Date(s) debt was incurred  **5/2016**

Last 4 digits of account number  **3007**

As of the petition filing date, the claim is: *Check all that apply.*                    **$185.54**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **TRADE DEBT**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.46** Nonpriority creditor's name and mailing address

**FED EX FREIGHT**
**PO BOX 10306**
**Palatine, IL 60055**

Date(s) debt was incurred  **3/2017**

Last 4 digits of account number  **2243**

As of the petition filing date, the claim is: *Check all that apply.*                    **$27,497.62**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SHIPPING COSTS**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.47** Nonpriority creditor's name and mailing address

**FEDERAL EXPRESS**
**7900 LEGACY DRIVE**
**Plano, TX 75024**

Date(s) debt was incurred  **9/2016**

Last 4 digits of account number  **8906**

As of the petition filing date, the claim is: *Check all that apply.*                    **$251.39**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SHIPPING COSTS**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.48** Nonpriority creditor's name and mailing address

**FEMCO INC.**
**7142 BELGRAVE AVENUE**
**Garden Grove, CA 92841**

Date(s) debt was incurred  **5/2016**

Last 4 digits of account number  **6023**

As of the petition filing date, the claim is: *Check all that apply.*                    **$3,104.38**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **TRADE DEBT**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.49** Nonpriority creditor's name and mailing address

**FIRST CHOICE COFFE & WATER SERVICES**
**7525 COLBERT DRIVE, SUITE 105**
**Reno, NV 89511**

Date(s) debt was incurred  **11/2015**

Last 4 digits of account number  **7857**

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SUPPLIES**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **PACIFIC COAST FLANGE, INC.**                                    Case number *(if known)*
Name

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $552,136.43 |

**FIRST NORTHERN BANK**
**195 N. FIRST STREET**
**Dixon, CA 95620**

Date(s) debt was incurred  **4/2017**

Last 4 digits of account number  **1901;3140;1901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **TRADE DEBT**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $103,105.06 |

**FIRST NORTHERN BANK**
**195 N. FIRST STREET**
**Dixon, CA 95620**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **TRADE DEBT**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**FIRST NORTHERN BANK**
**195 N. FIRST STREET**
**95620**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **OVERDRAWN CHECKING ACCOUNT**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $930.55 |

**FLYERS ENERGY, LLC**
**2360 LINDBERGH STREET**
**Auburn, CA 95602**

Date(s) debt was incurred  **1/2017**

Last 4 digits of account number  **2547**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **TRADE DEBT**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $255,762.50 |

**FORWARD FINANCING**
**36 BROMFIELD STREET, SUITE 210-212**
**Boston, MA 02108**

Date(s) debt was incurred  **11/2016**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **TRADE DEBT**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,900.00 |

**FREIGHT ENGINEERS**
**2376 black oak way**
**Ashland, OR 97520**

Date(s) debt was incurred  **11/2016**

Last 4 digits of account number  **8987**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **TRADE DEBT**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,101.00 |

**FRISA FORJADOS, SA DE CV**
**PO BOX 671256**
**Dallas, TX 75267-1256**

Date(s) debt was incurred  **7/2016**

Last 4 digits of account number  **7232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **TRADE DEBT**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor     **PACIFIC COAST FLANGE, INC.**
_____                     Case number (if known) _____
Name

| | | |
|---|---|---|
| **3.57** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$14,142.00** |

**3.57** Nonpriority creditor's name and mailing address

**G&J SEIBERLICH**
**183 BUTCHER ROAD, SUITE A**
**Vacaville, CA 95687**

Date(s) debt was incurred  **5/2016**

Last 4 digits of account number  **4295**

As of the petition filing date, the claim is: Check all that apply.            **$14,142.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **TRADE DEBT**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.58** Nonpriority creditor's name and mailing address

**GATEWAY ACCEPTANCE COMPANY**
**2255 CONTRA COSTA BLVD., SUITE 300**
**Pleasant Hill, CA 94523**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.          **$600,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **TRADE DEBT**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.59** Nonpriority creditor's name and mailing address

**HARTMAN STEEL, INC.**
**C/O FAHRENDORF, VILORIA, OLIPHANT &**
**OSTER LLP**
**327 CALIFORNIA AVENUE**
**Reno, NV 89509**

Date(s) debt was incurred  **2/2016**

Last 4 digits of account number  **2399**

As of the petition filing date, the claim is: Check all that apply.                **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **TRADE DEBT**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.60** Nonpriority creditor's name and mailing address

**HAWKINS HEATING & AIR**
**2224 CLEARVIEW**
**Carson City, NV 89701**

Date(s) debt was incurred  **8/2016**

Last 4 digits of account number  **4646**

As of the petition filing date, the claim is: Check all that apply.            **$2,843.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **TRADE DEBT**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.61** Nonpriority creditor's name and mailing address

**HOLMES MURPHY & ASSOC.**
**PO BOX 9207**
**Des Moines, IA 50306-9207**

Date(s) debt was incurred  **4/2017**

Last 4 digits of account number  **4748**

As of the petition filing date, the claim is: Check all that apply.            **$4,255.77**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **TRADE DEBT**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.62** Nonpriority creditor's name and mailing address

**HOME DEPOT**
**PO BOX 790420**
**Saint Louis, MO 63179**

Date(s) debt was incurred  **4/2017**

Last 4 digits of account number  **2398**

As of the petition filing date, the claim is: Check all that apply.              **$798.70**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CREDIT CARD**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.63** Nonpriority creditor's name and mailing address

**HYDRAULIC INDUSTRIAL SERVICES**
**5248 HWY 50**
**Carson City, NV 89701**

Date(s) debt was incurred  **5/2016**

Last 4 digits of account number  **9507**

As of the petition filing date, the claim is: Check all that apply.               **$60.69**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **TRADE DEBT**

Is the claim subject to offset? ■ No  ☐ Yes

Debtor    **PACIFIC COAST FLANGE, INC.**
Name                                                                                Case number (if known) _____

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**INDUSTRIAL EQUIPMENT CAPITAL, LLC**
**2884 PEYTON ROAD**
**La Verne, CA 91750**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **9464**

Basis for the claim:  **TRADE DEBT**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.65**
**Nonpriority creditor's name and mailing address**
**ISU HENKES WELSH AGENCY**
**PO BOX 11455**
**Reno, NV 89510-1145**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/2016**
Last 4 digits of account number  **8995**

Basis for the claim:  **TRADE DEBT**

Is the claim subject to offset? ■ No ☐ Yes

**$3,259.00**

---

**3.66**
**Nonpriority creditor's name and mailing address**
**J.C.'S XPRESS, INC.**
**630 WALTHAM WAY**
**Sparks, NV 89434**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/2015**
Last 4 digits of account number  **3108**

Basis for the claim:  **TRADE DEBT**

Is the claim subject to offset? ■ No ☐ Yes

**$13,700.00**

---

**3.67**
**Nonpriority creditor's name and mailing address**
**JACQUET WEST**
**191 SOUTH KEIM STREET, SUITE 108**
**Pottstown, PA 19464**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/2016**
Last 4 digits of account number  **2874**

Basis for the claim:  **TRADE DEBT**

Is the claim subject to offset? ■ No ☐ Yes

**$3,898.86**

---

**3.68**
**Nonpriority creditor's name and mailing address**
**JAMES BLUEBERG**
**4841 FRANKTOWN ROAD**
**Washoe Valley, NV 89704**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/2017**
Last 4 digits of account number  _

Basis for the claim:  **UNPAID RENT**

Is the claim subject to offset? ■ No ☐ Yes

**$17,050.00**

---

**3.69**
**Nonpriority creditor's name and mailing address**
**JLM INDUSTRIAL SUPPLY, INC.**
**955 S. MCCARRAN BOULEVARD, SUITE 102**
**Sparks, NV 89431**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2016**
Last 4 digits of account number  **8101**

Basis for the claim:  **TRADE DEBT**

Is the claim subject to offset? ■ No ☐ Yes

**$24,487.66**

---

**3.70**
**Nonpriority creditor's name and mailing address**
**JRB MACHINE LLC**
**2542 BUSINESS PARKWAY, SUITE 3**
**Minden, NV 89423**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/2016**
Last 4 digits of account number  **1629**

Basis for the claim:  **TRADE DEBT**

Is the claim subject to offset? ■ No ☐ Yes

**$226.53**

---

Debtor    **PACIFIC COAST FLANGE, INC.**                                  Case number (if known) _____
      Name

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,050.00 |
|---|---|---|---|

**KELLY PIPE CO., LLC**
**11680 BLOOMFIELD AVENUE**
**PO BOX 2827**
**Santa Fe Springs, CA 90670**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/2017

Basis for the claim:  TRADE DEBT

Last 4 digits of account number  4154

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $446.60 |
|---|---|---|---|

**LES SCHWAB**
**3020 S. CARSON STREET**
**Carson City, NV 89701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/2016

Basis for the claim:  TRADE DEBT

Last 4 digits of account number  3885

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $608.20 |
|---|---|---|---|

**LOCKWOOD-MOORE, INC.**
**754 KUENZLI STREET**
**Reno, NV 89502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  8/2016

Basis for the claim:  TRADE DEBT

Last 4 digits of account number  2396

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LOWE'S**
**PO BOX 1111**
**North Wilkesboro, NC 28656**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  CREDIT CARD

Last 4 digits of account number  0591

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32,042.00 |
|---|---|---|---|

**LYNCO FLANGE & FITTINGS**
**5114 STEADMONT DRIVE**
**Houston, TX 77040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/2016

Basis for the claim:  TRADE DEBT

Last 4 digits of account number  0901

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $579.92 |
|---|---|---|---|

**LYON COUNTY UTILITIES**
**PO BOX 1699**
**Dayton, NV 89403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/2016

Basis for the claim:  UTILITIES

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $720.00 |
|---|---|---|---|

**MANUFACTURERS' NEWS, INC.**
**1633 CENTRAL STREET**
**Evanston, IL 60201-1569**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/2016

Basis for the claim:  TRADE DEBT

Last 4 digits of account number  0527

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **PACIFIC COAST FLANGE, INC.**
Name                                                                Case number *(if known)*

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,112.23 |
|---|---|---|---|

**3.78**

Nonpriority creditor's name and mailing address
**MOUND HOUSE TRUE VALUE HARDWARE**
**10189 HWY 50 EAST**
**Carson City, NV 89706**

Date(s) debt was incurred  **12/2016**

Last 4 digits of account number  **0070**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **TRADE DEBT**

Is the claim subject to offset? ☒ No ☐ Yes

$5,112.23

---

**3.79**

Nonpriority creditor's name and mailing address
**MSC INDUSTRIAL SUPPLY CO., INC.**
**DEPT. CH 0075**
**Mount Prospect, IL 60056-0075**

Date(s) debt was incurred  **7/2016**

Last 4 digits of account number  **0989**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **TRADE DEBT**

Is the claim subject to offset? ☒ No ☐ Yes

$5,096.37

---

**3.80**

Nonpriority creditor's name and mailing address
**NAPA**
**1882 HWY 50 EAST**
**Carson City, NV 89701**

Date(s) debt was incurred  **12/2016**

Last 4 digits of account number  **9871**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **TRADE DEBT**

Is the claim subject to offset? ☒ No ☐ Yes

$323.81

---

**3.81**

Nonpriority creditor's name and mailing address
**NAYLOR (CANADA)**
**SUITE 300 1630 NESS AVENUE**
**WINNIPEG, MANITOBA R3J 3X1**

Date(s) debt was incurred  **3/2017**

Last 4 digits of account number  **0020**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **TRADE DEBT**

Is the claim subject to offset? ☒ No ☐ Yes

$610.61

---

**3.82**

Nonpriority creditor's name and mailing address
**NAYLOR PUBLICATIONS INC.**
**PO BOX 847865**
**Dallas, TX 75284-7865**

Date(s) debt was incurred  **3/2016**

Last 4 digits of account number  **0019**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **TRADE DEBT**

Is the claim subject to offset? ☒ No ☐ Yes

$1,252.51

---

**3.83**

Nonpriority creditor's name and mailing address
**NEVADA MANUFACTURERS DIRECTORY**
**1633 CENTRAL**
**Evanston, IL 60201-1569**

Date(s) debt was incurred  **12/2015**

Last 4 digits of account number  **4445**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **TRADE DEBT**

Is the claim subject to offset? ☒ No ☐ Yes

$1,417.00

---

**3.84**

Nonpriority creditor's name and mailing address
**NEVADA STATE DEVELOPMENT CORP**
**6572 S. MCCARRAN BLVD.**
**Reno, NV 89509**

Date(s) debt was incurred  **_**

Last 4 digits of account number  **6001**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SBA LOAN**

Is the claim subject to offset? ☒ No ☐ Yes

$337,894.44

Debtor    **PACIFIC COAST FLANGE, INC.**                                  Case number *(if known)*
                Name

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $516.25 |
|---|---|---|---|

**NEVADA TOOL GRINDING**
PO BOX 22089
Carson City, NV 89721

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  3/2017

**Basis for the claim:**  TRADE DEBT

**Last 4 digits of account number**  7591

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $891.50 |
|---|---|---|---|

**NORM LAMARSNA**
2902 LONGSPUR DRIVE
Fullerton, CA 92835

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  1/2017

**Basis for the claim:**  UNPAID RENT

**Last 4 digits of account number**  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,067.50 |
|---|---|---|---|

**NORTH AMERICAN COMPANY FOR LIFE INSURANCE**
525 W. VAN BUREN
Chicago, IL 60607

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  11/2015

**Basis for the claim:**  LIFE INSURANCE

**Last 4 digits of account number**  6320

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $65.00 |
|---|---|---|---|

**NORTHERN NEVADA MEDICAL GROUP**
2345 E. PRATER WAY, SUITE 207
Sparks, NV 89434-9629

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  11/2016

**Basis for the claim:**  MEDICAL DEBT

**Last 4 digits of account number**  3965

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $115,575.00 |
|---|---|---|---|

**NUGROWTH CAPITAL**
1 BLUE HILL PLAZA, SUITE 1514
Pearl River, NY 10965

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  6/2016

**Basis for the claim:**  TRADE DEBT

**Last 4 digits of account number**  0916

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,504.81 |
|---|---|---|---|

**NV ENERGY**
PO BOX 30065
Reno, NV 89520

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  4/2017

**Basis for the claim:**  UTILITIES

**Last 4 digits of account number**  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**NY RESTRAINING NOTICE / CAP CALL LLC**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  _

**Basis for the claim:**  TRADE DEBT

**Last 4 digits of account number**  _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **PACIFIC COAST FLANGE, INC.**                                    Case number *(if known)*
　　　　　Name

| | | |
|---|---|---|
| 3.92 | **Nonpriority creditor's name and mailing address**<br>**OAK HARBOR FREIGHT LINES**<br>PO BOX 1469<br>Auburn, WA 98071-1469 | **As of the petition filing date, the claim is:** *Check all that apply.*　　$1,783.27<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred  **9/2016**<br>Last 4 digits of account number  **0820** | **Basis for the claim:**  **SHIPPING COSTS**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.93 | **Nonpriority creditor's name and mailing address**<br>**OKLAHOMA FORGE, INC.**<br>PO BOX 701500<br>Tulsa, OK 74170-1500 | **As of the petition filing date, the claim is:** *Check all that apply.*　　$4,334.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred  **3/2016**<br>Last 4 digits of account number  **3233** | **Basis for the claim:**  **TRADE DEBT**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.94 | **Nonpriority creditor's name and mailing address**<br>**OLD DOMINION FREIGHT LINE, INC.**<br>PO BOX 742296<br>Los Angeles, CA 90074-2296 | **As of the petition filing date, the claim is:** *Check all that apply.*　　$5,847.64<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred  **12/2016**<br>Last 4 digits of account number  **5951** | **Basis for the claim:**  **SHIPPING COSTS**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.95 | **Nonpriority creditor's name and mailing address**<br>**OREILLY AUTO**<br>PO BOX 9464<br>Springfield, MO 65801-9464 | **As of the petition filing date, the claim is:** *Check all that apply.*　　$57.84<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred  **1/2016**<br>Last 4 digits of account number  **5649** | **Basis for the claim:**  **TRADE DEBT**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.96 | **Nonpriority creditor's name and mailing address**<br>**ORORA NORTH AMERICA**<br>C/O LAW OFFICES OF BRIAN J. FERBER,<br>INC.<br>5611 FALLBROOK AVENUE<br>Woodland Hills, CA 91367 | **As of the petition filing date, the claim is:** *Check all that apply.*　　$1,253.49<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred  **_**<br>Last 4 digits of account number  **9105** | **Basis for the claim:**  **TRADE DEBT**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.97 | **Nonpriority creditor's name and mailing address**<br>**PACIFIC COAST FLANGE PROPERTIES LLC**<br>45 STOKES DRIVE<br>Carson City, NV 89706 | **As of the petition filing date, the claim is:** *Check all that apply.*　　$219,500.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred  **_**<br>Last 4 digits of account number  **_** | **Basis for the claim:**  **TRADE DEBT**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.98 | **Nonpriority creditor's name and mailing address**<br>**PACIFIC COAST FLANGE PROPERTIES,<br>LLC**<br>45 STOKES DR.<br>Carson City, NV 89701 | **As of the petition filing date, the claim is:** *Check all that apply.*　　$178,815.85<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred  **_**<br>Last 4 digits of account number  **_** | **Basis for the claim:**  **Unpaid Rent**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

Debtor   **PACIFIC COAST FLANGE, INC.**                                      Case number *(if known)*  _____
         _____
         Name

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $583.55 |
|---|---|---|---|

**3.99** | Nonpriority creditor's name and mailing address
**PACIFIC INTERNET**
**105 W. CLAY STREET**
**Ukiah, CA 95482**

Date(s) debt was incurred  **7/2016**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **TRADE DEBT**

Is the claim subject to offset? ■ No ☐ Yes

**$583.55**

---

**3.100** | Nonpriority creditor's name and mailing address
**PDM STEEL SERVICE CENTERS, INC.**
**1250 KLEPPE LANE**
**Sparks, NV 89431-0430**

Date(s) debt was incurred  **8/2016**

Last 4 digits of account number  **7101**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **TRADE DEBT**

Is the claim subject to offset? ■ No ☐ Yes

**$1,753.40**

---

**3.101** | Nonpriority creditor's name and mailing address
**PERRY DAVIS**
**792 S. SUTRO TERRACE**
**Carson City, NV 89706**

Date(s) debt was incurred  **_**

Last 4 digits of account number  **2017**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **UNPAID RENT**

Is the claim subject to offset? ■ No ☐ Yes

**$1,783.00**

---

**3.102** | Nonpriority creditor's name and mailing address
**PIPING PRODUCTS INC.**
**1681 KRESS STREET**
**Houston, TX 77020-8126**

Date(s) debt was incurred  **6/2016**

Last 4 digits of account number  **3201**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **TRADE DEBT**

Is the claim subject to offset? ■ No ☐ Yes

**$38,224.00**

---

**3.103** | Nonpriority creditor's name and mailing address
**PITNEY BOWES**
**PO BOX 371874**
**Pittsburgh, PA 15250-7874**

Date(s) debt was incurred  **1/2017**

Last 4 digits of account number  **7466**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **TRADE DEBT**

Is the claim subject to offset? ■ No ☐ Yes

**$1,062.05**

---

**3.104** | Nonpriority creditor's name and mailing address
**REDDAWAY**
**PO BOX 1300**
**Tualatin, OR 97062**

Date(s) debt was incurred  **7/2016**

Last 4 digits of account number  **8647**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **TRADE DEBT**

Is the claim subject to offset? ■ No ☐ Yes

**$1,666.53**

---

**3.105** | Nonpriority creditor's name and mailing address
**REPUBLIC INDEMNITY**
**PO BOX 31001-2174**
**Pasadena, CA 91110-2174**

Date(s) debt was incurred  **4/2017**

Last 4 digits of account number  **2530**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **TRADE DEBT**

Is the claim subject to offset? ■ No ☐ Yes

**$3,812.30**

---

Debtor   **PACIFIC COAST FLANGE, INC.**                                      Case number (if known)
_____
Name

| | | |
|---|---|---|
| 3.106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $172.99 |

3.106   **Nonpriority creditor's name and mailing address**
**SAFEGUARD**
**PO BOX 88043**
**Chicago, IL 60680-1043**

Date(s) debt was incurred  **1/2016**

Last 4 digits of account number  **9124**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **TRADE DEBT**

Is the claim subject to offset? ☒ No ☐ Yes

$172.99

---

3.107   **Nonpriority creditor's name and mailing address**
**SAFETY-KLEEN**
**C/O ADAMS, LONDON & WEISS LLC**
**PO BOX 37428**
**Houston, TX 77237-0428**

Date(s) debt was incurred  **12/2015**

Last 4 digits of account number  **9378**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **TRADE DEBT**

Is the claim subject to offset? ☒ No ☐ Yes

$2,442.20

---

3.108   **Nonpriority creditor's name and mailing address**
**SAIA MOTOR FREIGHT LINE, INC.**
**PO BOX 730532**
**Dallas, TX 75373-0532**

Date(s) debt was incurred  **11/2014**

Last 4 digits of account number  **5584**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SHIPPING COSTS**

Is the claim subject to offset? ☒ No ☐ Yes

$2,672.85

---

3.109   **Nonpriority creditor's name and mailing address**
**SAMUEL, SON & CO. INC.**
**C/O GUILD, GALLAGHER & FULLER, LTD.**
**100 W. LIBERTY STREET, SUITE 800**
**Reno, NV 89501**

Date(s) debt was incurred  **7/2016**

Last 4 digits of account number  **7802**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **TRADE DEBT**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

3.110   **Nonpriority creditor's name and mailing address**
**SELWAY MACHINE TOOL CO.**
**29250 UNION CITY**
**Union City, CA 94587-1209**

Date(s) debt was incurred  **4/2016**

Last 4 digits of account number  **6405**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **TRADE DEBT**

Is the claim subject to offset? ☒ No ☐ Yes

$3,630.03

---

3.111   **Nonpriority creditor's name and mailing address**
**SIERRA COMPUTERS AND TRAINING**
**1900 VASSAR STREET**
**Reno, NV 89502**

Date(s) debt was incurred  **12/2016**

Last 4 digits of account number  **8859**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **TRADE DEBT**

Is the claim subject to offset? ☒ No ☐ Yes

$99.00

---

3.112   **Nonpriority creditor's name and mailing address**
**SIERRA HEALTH & LIFE**
**2720 N. TENAYA WAY, 4TH FLOOR**
**Las Vegas, NV 89128**

Date(s) debt was incurred  **4/2017**

Last 4 digits of account number  **8498**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **INSURANCE**

Is the claim subject to offset? ☒ No ☐ Yes

$16,131.38

Debtor    **PACIFIC COAST FLANGE, INC.**                                    Case number *(if known)* _____
_____
Name

| | |
|---|---|
| 3.113 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**

| 3.113 | | | **$444.27** |
|---|---|---|---|

**SIRIUS XM RADIO INC.**
**PO BOX 78054**
**Phoenix, AZ 85062-8054**

Date(s) debt was incurred  __12/2015__
Last 4 digits of account number  __4092__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __TRADE DEBT__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | **Nonpriority creditor's name and mailing address** | | **$2,828.00** |
|---|---|---|---|

**SOLIDCAM**
**4250 ALAFAYA TRAIL, SUITE 212-152**
**Oviedo, FL 32765**

Date(s) debt was incurred  __4/2017__
Last 4 digits of account number  __7297__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __TRADE DEBT__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | **Nonpriority creditor's name and mailing address** | | **$4,512.96** |
|---|---|---|---|

**SOUTHWEST GAS**
**PO BOX 98890**
**Las Vegas, NV 89193-8890**

Date(s) debt was incurred  __2/2017__
Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __UTILITIES__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | **Nonpriority creditor's name and mailing address** | | **$15,657.86** |
|---|---|---|---|

**STANLEY CONVERGENT SECURITY SOLUTIONS**
**DEPT. CH 10651**
**Palatine, IL 60055**

Date(s) debt was incurred  __12/2015__
Last 4 digits of account number  __4905__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __TRADE DEBT__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | **Nonpriority creditor's name and mailing address** | | **$169.87** |
|---|---|---|---|

**STAPLES**
**PO BOX 790439**
**Saint Louis, MO 63179**

Date(s) debt was incurred  __4/2017__
Last 4 digits of account number  __8607__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __CREDIT CARD__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | **Nonpriority creditor's name and mailing address** | | **$559.71** |
|---|---|---|---|

**STAPLES BUSINESS ADVANTAGE**
**DEPT. LA**
**PO BOX 83689**
**Chicago, IL 60696**

Date(s) debt was incurred  __2/2017__
Last 4 digits of account number  __4992__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __CREDIT CARD__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** | | **$1,086.85** |
|---|---|---|---|

**STAPLES CONTRACT AND COMMERCIAL**
**PO BOX 414524**
**Boston, MA 02241-4524**

Date(s) debt was incurred  __8/2016__
Last 4 digits of account number  __6091__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __CREDIT CARD__

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **PACIFIC COAST FLANGE, INC.**                                  Case number *(if known)*
_____                _____
Name

| | | |
|---|---|---|
| 3.120 | **Nonpriority creditor's name and mailing address**<br>STI/SPFA<br>9440 DONATA COURT<br>Lake Zurich, IL 60047 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,040.00** |
| | **Date(s) debt was incurred** 2/2016<br>**Last 4 digits of account number** 1836 | **Basis for the claim:** TRADE DEBT<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.121 | **Nonpriority creditor's name and mailing address**<br>TEXAS FLANGE & FITTING SUPPLY<br>PO BOX 2889<br>Pearland, TX 77588 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$23,920.00** |
| | **Date(s) debt was incurred** 7/2016<br>**Last 4 digits of account number** 8647 | **Basis for the claim:** TRADE DEBT<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.122 | **Nonpriority creditor's name and mailing address**<br>TOWER COLLATERAL SOLUTIONS<br>10888 AVENIDA SANTA ANA<br>Boca Raton, FL 33498 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,830.25** |
| | **Date(s) debt was incurred** 12/2016<br>**Last 4 digits of account number** 2016 | **Basis for the claim:** TRADE DEBT<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.123 | **Nonpriority creditor's name and mailing address**<br>TRUE YELLOW PAGES DIRECTORY<br>10624 S. EASTERN AVENUE, SUITE A<br>Reno, NV 89502 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$347.00** |
| | **Date(s) debt was incurred** 2/2017<br>**Last 4 digits of account number** 1885 | **Basis for the claim:** TRADE DEBT<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.124 | **Nonpriority creditor's name and mailing address**<br>ULINE<br>PO BOX 88741<br>Chicago, IL 60680-1741 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,226.20** |
| | **Date(s) debt was incurred** 2/2017<br>**Last 4 digits of account number** 1885 | **Basis for the claim:** TRADE DEBT<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.125 | **Nonpriority creditor's name and mailing address**<br>UNITED RENTALS/NV<br>PO BOX 100711<br>Atlanta, GA 30384-0711 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,419.31** |
| | **Date(s) debt was incurred** 2/2016<br>**Last 4 digits of account number** 3001 | **Basis for the claim:** TRADE DEBT<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.126 | **Nonpriority creditor's name and mailing address**<br>UPS FREIGHT<br>PO BOX 730900<br>Dallas, TX 75373-0900 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$218.08** |
| | **Date(s) debt was incurred** 2/2017<br>**Last 4 digits of account number** 1645 | **Basis for the claim:** SHIPPING COSTS<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **PACIFIC COAST FLANGE, INC.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**3.127** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$934.88**

**US BANK**
**PO BOX 7990448**
**Saint Louis, MO 63179-0448**

Date(s) debt was incurred **2/2017**

Last 4 digits of account number **8913**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **COPIER LEASE**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.128** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**US BANK EQUIPMENT FINANCE**
**13010 SW 68TH PARKWAY, SUITE 100**
**Portland, OR 97223**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **TRADE DEBT**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.129** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,571.00**

**USA PALLET DEPOT**
**PO BOX 7764**
**Reno, NV 89510**

Date(s) debt was incurred **2/2017**

Last 4 digits of account number **6421**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **TRADE DEBT**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.130** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,301.15**

**USF REDDAWAY**
**26401 NETWORK PLACE**
**Chicago, IL 60673-1264**

Date(s) debt was incurred **3/2016**

Last 4 digits of account number **0201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **SHIPPING COSTS**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.131** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,491.67**

**UTI, UNITED STATES, INC.**
**26838 NETWORK PLACE**
**CHICAGO, IL 60673-1268**

Date(s) debt was incurred **8/2016**

Last 4 digits of account number **2811**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **TRADE DEBT**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.132** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,872.50**

**VAL-FIT, INC.**
**DEPT. LA 24020**
**Pasadena, CA 91185-4020**

Date(s) debt was incurred **1/2016**

Last 4 digits of account number **1569**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **TRADE DEBT**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.133** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$72,450.00**

**VICEROY CAPITAL FUNDING**
**40 WALL STREET, 28TH FLOOR**
**New York, NY 10005**

Date(s) debt was incurred **3/2017**

Last 4 digits of account number **001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **TRADE DEBT**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    **PACIFIC COAST FLANGE, INC.**                              Case number (if known) _____
          Name

---

| 3.134 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,186.35** |
|---|---|---|---|

**VISION SERVICE PLAN**
**PO BOX 45210**
**San Francisco, CA 94145-5210**

Date(s) debt was incurred  __12/2016__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __TRADE DEBT__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,275.10** |
|---|---|---|---|

**WASTE MANAGEMENT**
**PO BOX 541065**
**Los Angeles, CA 90054-1065**

Date(s) debt was incurred  __8/2016__

Last 4 digits of account number  __1671__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __UTILITIES__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$98.74** |
|---|---|---|---|

**WEDCO INC.**
**PO BOX 1131**
**Reno, NV 89504**

Date(s) debt was incurred  __1/2016__

Last 4 digits of account number  __6013__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __TRADE DEBT__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$260,581.15** |
|---|---|---|---|

**WELLS FARGO BANK, N.A.**
**SBC 504 PROGRAM**
**9062 OLD ANNAPOLIS ROAD**
**MAC: R1204-010**
**Columbia, MD 21045-1951**

Date(s) debt was incurred  __

Last 4 digits of account number  __6001__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __TRADE DEBT__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$372,972.26** |
|---|---|---|---|

**WELLS FARGO BANK, N.A.**
**SBA 504 PROGRAM**
**9062 OLD ANNAPOLIS ROAD**
**MAC: R1204-010**
**Columbia, MD 21045-1951**

Date(s) debt was incurred  __

Last 4 digits of account number  __6006__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __SBA LOAN__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,980.00** |
|---|---|---|---|

**WEST COAST METALS GROUP**
**2455 NW NICOLAI STREET, SUITE B**
**Portland, OR 97210**

Date(s) debt was incurred  __8/2016__

Last 4 digits of account number  __7250__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __TRADE DEBT__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50.27** |
|---|---|---|---|

**WESTERN NEVADA SUPPLY**
**950 S. ROCK BOULEVARD**
**Sparks, NV 89431**

Date(s) debt was incurred  __11/2015__

Last 4 digits of account number  __1431__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __TRADE DEBT__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **PACIFIC COAST FLANGE, INC.**                                        Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.141 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$7,074.46** |

**3.141**

**Nonpriority creditor's name and mailing address**

**WESTERN TOOL & SUPPLY COMPANY**
**PO BOX 2420**
**Livermore, CA 94551-2420**

Date(s) debt was incurred  **1/2017**

Last 4 digits of account number  **0174**

As of the petition filing date, the claim is: Check all that apply.    **$7,074.46**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **TRADE DEBT**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.142**

**Nonpriority creditor's name and mailing address**

**WILOP FORGE & FOUNDRY CO., LTD.**
**394 ZHONGNAN ROAD, SUITE 342**
**DALIAN CHINA**

Date(s) debt was incurred  **10/2015**

Last 4 digits of account number  **CF15**

As of the petition filing date, the claim is: Check all that apply.    **$378,770.77**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **TRADE DEBT**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.143**

**Nonpriority creditor's name and mailing address**

**WINK CPA**
**2744 DEL RIO PLACE, SUITE 110**
**Davis, CA 95618**

Date(s) debt was incurred  **2/2017**

Last 4 digits of account number  **4181**

As of the petition filing date, the claim is: Check all that apply.    **$980.49**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **PROFESSIONAL SERVICES**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.144**

**Nonpriority creditor's name and mailing address**

**XPOLOGISTICS**
**C/O WEINSTOCK & o'MALLEY**
**PO BOX 311**
**105 WHITE OAK LANE, 2ND FLOOR**
**Old Bridge, NJ 08857-1006**

Date(s) debt was incurred  **10/2016**

Last 4 digits of account number  **6141**

As of the petition filing date, the claim is: Check all that apply.    **$8,464.38**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **TRADE DEBT**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.145**

**Nonpriority creditor's name and mailing address**

**YRC**
**PO BOX 100299**
**Pasadena, CA 91189-0299**

Date(s) debt was incurred  **4/2016**

Last 4 digits of account number  **6958**

As of the petition filing date, the claim is: Check all that apply.    **$2,122.92**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **TRADE DEBT**

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **AUSTIN GRAY**<br>**C/O WEYCER KAPLAN PULASKI & ZUBER PC**<br>**11 GREENWAY PLAZA, SUITE 1400**<br>**Houston, TX 77046-1104** | Line  **3.39**<br>☐ Not listed. Explain ____ | **6691** |
| 4.2 | **FED EX FREIGHT**<br>**PO BOX 21415**<br>**Pasadena, CA 91185-1415** | Line  **3.46**<br>☐ Not listed. Explain ____ | _ |

| Debtor | **PACIFIC COAST FLANGE, INC.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.3 | **FEDERAL EXPRESS**<br>**PO BOX 7221**<br>**Pasadena, CA 91109-7321** | Line **3.47**<br><br>☐ Not listed. Explain ___ | _ |
| 4.4 | **FIRST NORTHERN BANK**<br>**210 STRATFORD AVENUE**<br>**Dixon, CA 95620** | Line **3.50**<br><br>☐ Not listed. Explain ___ | **6942** |
| 4.5 | **GATEWAY**<br>**1310 MADRID STREET**<br>**Marshall, MN 56258** | Line **3.64**<br><br>☐ Not listed. Explain ___ | **9464** |
| 4.6 | **HARTMAN STEEL, INC.**<br>**8310 N. BRANDON AVENUE**<br>**Portland, OR 97217** | Line **3.59**<br><br>☐ Not listed. Explain ___ | _ |
| 4.7 | **IPFS CORPORATION**<br>**24722 NETWORK PLACE**<br>**Chicago, IL 60673-1247** | Line **3.61**<br><br>☐ Not listed. Explain ___ | _ |
| 4.8 | **MARK R. SANDRI**<br>**CHENOWETH LAW GROUP, PC**<br>**510 SW 5TH AVENUE, 5TH FLOOR**<br>**Portland, OR 97204** | Line **3.59**<br><br>☐ Not listed. Explain ___ | _ |
| 4.9 | **OLD DOMINION FREIGHT LINE, INC.**<br>**PO BOX 198475**<br>**Atlanta, GA 30384-8475** | Line **3.8**<br><br>☐ Not listed. Explain ___ | **7779** |
| 4.10 | **PERFORMANCE MACHINE TOOLS LLC**<br>**3305 EDISON WAY**<br>**Fremont, CA 94538** | Line **3.64**<br><br>☐ Not listed. Explain ___ | _ |
| 4.11 | **RICHARD G. HILL, LTD.**<br>**652 FOREST STREET**<br>**Reno, NV 89509** | Line **3.8**<br><br>☐ Not listed. Explain ___ | _ |
| 4.12 | **RICHARD G. HILL, LTD.**<br>**652 FOREST STREET**<br>**Reno, NV 89509** | Line **3.40**<br><br>☐ Not listed. Explain ___ | _ |
| 4.13 | **SAFETY KLEEN**<br>**PO BOX 7170**<br>**Pasadena, CA 91109-7170** | Line **3.107**<br><br>☐ Not listed. Explain ___ | _ |
| 4.14 | **SAMUEL, SON & CO., INC.**<br>**24784 NETWORK PLACE**<br>**Chicago, IL 60673-1247** | Line **3.109**<br><br>☐ Not listed. Explain ___ | _ |
| 4.15 | **XPO LOGISTICS**<br>**PO BOX 5160**<br>**Portland, OR 97208** | Line **3.144**<br><br>☐ Not listed. Explain ___ | _ |

Debtor    **PACIFIC COAST FLANGE, INC.**                                      Case number (if known) _____
Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $        17,241.18 |
| **5b. Total claims from Part 2** | 5b.  + | $      4,855,891.44 |
| **5c. Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $      4,873,132.62 |

PACIFIC COAST FLANGE, INC.
45 STOKES DRIVE
MOUND HOUSE, NV 89706

Kevin A. Darby, Esq.
DARBY LAW PRACTICE
4777 CAUGHLIN PARKWAY
RENO, NV 89519

A-L SIERRA WELDING PRODUCTS
Acct No x8587
4443 US-50
Carson City, NV 89701

AARON MIHALI
Acct No 12

ABC FIRE & CYLINDER SERVICE
Acct No xxxxxx4154
1025 TELEGRAPH STREET
Reno, NV 89502

ABC HEATING & SHEET METAL
Acct No x7797
7893 US-50
Carson City, NV 89701

ADVANCE CAPITAL

AFLAC
Acct No xx6328
1932 WYNNTON ROAD
Columbus, GA 31999

AIRGAS NCN
Acct No xxxxxx6053
3882 GONI ROAD
Carson City, NV 89706

ALLEN MAXWELL & SILVER, INC.
Acct No xxxxx0319
PO BOX 540
Fair Lawn, NJ 07410

AMERICAN EXPRESS
Acct No x-x1001
PO BOX 0001
Los Angeles, CA 90096

AMERICAN EXPRESS
Acct No xxxx-xxxxxx-x1000
PO BOX 0001
Los Angeles, CA 90096

AMERICAN METALS
Acct No xxxx2435
525 S. SEQUOIA PARKWAY
Canby, OR 97013

AMERICAN WATER WORKS ASSOCIATION
Acct No xxxxxx7780
6666 W. QUINCY AVENUE
Denver, CO 80235-3098

AMERICAN WELDING SOCIETY
Acct No xx1376
8669 NW 36TH STREET, SUITE 130
Miami, FL 33166-6672

AMERIGAS
Acct No xxxxxx1530
4501 GONI ROAD
Carson City, NV 89706

AMERIPRIDE
Acct No xxxxxx3541
958 UNITED CIRCLE
Sparks, NV 89431

AMERISOURCE FUNDING, INC.
970 RESERVE DRIVE, SUITE 122
Roseville, CA 95678

API INTERNATIONAL, INC.
12505 SW HERMAN ROAD
Tualatin, OR 97062

ARTISTIC FENCE
Acct No x4044
5740 US-50
Carson City, NV 89701

AT&T MOBILITY
PO BOX 515188
Los Angeles, CA 90051

AUSTIN GRAY
Acct No 2017-275669-1
C/O WEYCER KAPLAN PULASKI & ZUBER PC
11 GREENWAY PLAZA, SUITE 1400
Houston, TX 77046-1104

BAKER, GOVERN & BAKER INC.
7771 W. OAKLAND PARK BOULEVARD, STE. 150
ATRIUM WEST BUILDING
Fort Lauderdale, FL 33351

BANK OF AMERICA
Acct No xxxx-xxxx-xxxx-8995
PO BOX 15796
Wilmington, DE 19886

BANK OF THE WEST
Acct No xxx0574
475 SANSOME STREET, 19TH FLOOR NC-TRI-19
San Francisco, CA 94111

BEST LIFE
Acct No xxx2140
17701 MITCHELL N
Irvine, CA 92614

BETTER BUSINESS BUREAU
Acct No xxxx1493
4834 SPARKS BOULEVARD, SUITE 102
Sparks, NV 89436

BNSF LOGISTICS, LLC
Acct No xxxxxx8506
1600 LAKESIDE PARKWAY, SUITE 100
Flower Mound, TX 75028

BUCHALTER
55 2ND STREET, 17TH FLOOR
San Francisco, CA 94105-3493

CAB INCORPORATED
Acct No xxxxx32-IN
5411 COLE ROAD NE
Buford, GA 30518

CAP CALL, LLC
122 E. 42ND STREET, SUITE 2112
New York, NY 10168

CAPITAL ADVANCE SERVICES LLC
1715 STATE ROUTE 35, SUITE 302
Middletown, NJ 07748

CARSON CITY CHAMBER OF COMMERCE
Acct No 9128
1900 S. CARSON STREET
Carson City, NV 89701

CARSON CITY LANDFILL DEVELOPMENT SERVICE
Acct No xxx0286
3600 FLINT DRIVE
Carson City, NV 89701

CARSON CITY TIRE PROS
Acct No xx6777
119 HOT SPRINGS ROAD
Carson City, NV 89706

CAVALLERO HEATING & AIR COND., INC.
Acct No xx0057
5541 US-50
Carson City, NV 89701

CENTRAL FREIGHT LINES, INC.
2401 E. 5TH STREET
Reno, NV 89512

CHARTER BUSINESS
400 ATLANTIC STREET, 10TH FLOOR
Stamford, CT 06901

CISCO AIR SYSTEMS
Acct No xx5407
214 27TH STREET
Sacramento, CA 95816

CLANCY MACHINE & TOOL INC.
Acct No 9973
3055 OSGOOD COURT
Fremont, CA 94539

CLANCY MACHINE TOOL, INC.
Acct No x006-1
3942 VALLEY AVENUE, BUILDING K
Pleasanton, CA 94566

CORPORATION SERVICE COMPANY
PO BOX 2576
Springfield, IL 62708

CROSSROADS FINANCIAL, LLC
Acct No xxx0333
6001 BROKEN SOUND PARKWAY, SUITE 620
Boca Raton, FL 33487

CRYSTAL FUNDING GROUP
80 BROAD STREET, 7TH FLOOR
New York, NY 10004

DENNIS A. RINEARSON
1015 SUNSET DRIVE
Dixon, CA 95620

DEPARTMENT OF LABOR
1818 E. COLLEGE PARKWAY, SUITE 102
Carson City, NV 89706

DEPARTMENT OF TAXATION
1550 COLLEGE PARKWAY, SUITE 115
Carson City, NV 89706

DODSON GLOBAL, INC.
5650 E. PONCE DE LEON AVENUE
Stone Mountain, GA 30083

DSV AIR & SEA INC
Acct No xxxxx0319
C/O ALLEN MAXWELL & SILVER
PO BOX 540
Fair Lawn, NJ 07410

DYNATEK
Acct No xx0076
2191 MENDENHALL, SUITE 105
North Las Vegas, NV 89081

EBF PARTNERS LLC
5 WEST 37TH STREET
2ND FLOOR
New York, NY 10018

EMPLOYMENT SECURITY DIVISION
CONTRIBUTIONS SECTION
500 E THIRD STREET
Carson City, NV 89713

EVEREST BUSINESS FUNDING
5 W. 37TH STREET, 2ND FLOOR
New York, NY 10018

EXPRESS FINDING INC.
8310 17TH AVENUE
Brooklyn, NY 11214

EXPRESS FUNDING CORP.
8310 17TH AVENUE
Brooklyn, NY 11214

FASTENAL
Acct No x3007
2001 THEURER BOULEVARD
Winona, MN 55987

FED EX FREIGHT
Acct No xxxxxx2243
PO BOX 10306
Palatine, IL 60055

FED EX FREIGHT
Acct No xxxxxx2243
PO BOX 21415
Pasadena, CA 91185-1415

FEDERAL EXPRESS
Acct No xxxxx8906
7900 LEGACY DRIVE
Plano, TX 75024

FEDERAL EXPRESS
Acct No xxxxx8906
PO BOX 7221
Pasadena, CA 91109-7321

FEMCO INC.
Acct No x6023
7142 BELGRAVE AVENUE
Garden Grove, CA 92841

FIRST CHOICE COFFE & WATER SERVICES
Acct No xx7857
7525 COLBERT DRIVE, SUITE 105
Reno, NV 89511

FIRST NORTHERN BANK
Acct No xxx1901
195 N. FIRST STREET
Dixon, CA 95620

FIRST NORTHERN BANK
Acct No xxx1901;xxx3140;xxx1901
195 N. FIRST STREET
Dixon, CA 95620

FIRST NORTHERN BANK
195 N. FIRST STREET
Dixon, CA 95620

FIRST NORTHERN BANK
195 N. FIRST STREET
95620

FIRST NORTHERN BANK
Acct No 01076942
210 STRATFORD AVENUE
Dixon, CA 95620

FLYERS ENERGY, LLC
Acct No xx-xx2547
2360 LINDBERGH STREET
Auburn, CA 95602

FORWARD FINANCING
36 BROMFIELD STREET, SUITE 210-212
Boston, MA 02108

FREIGHT ENGINEERS
Acct No 8987
2376 black oak way
Ashland, OR 97520

FRISA FORJADOS, SA DE CV
Acct No xx7232
PO BOX 671256
Dallas, TX 75267-1256

G&J SEIBERLICH
Acct No x4295
183 BUTCHER ROAD, SUITE A
Vacaville, CA 95687

GATEWAY
Acct No 1959464
1310 MADRID STREET
Marshall, MN 56258

GATEWAY ACCEPTANCE COMPANY
2255 CONTRA COSTA BLVD., SUITE 300
Pleasant Hill, CA 94523

HARTMAN STEEL, INC.
Acct No x2399
C/O FAHRENDORF, VILORIA, OLIPHANT &
OSTER LLP
327 CALIFORNIA AVENUE
Reno, NV 89509

HARTMAN STEEL, INC.
Acct No x2399
8310 N. BRANDON AVENUE
Portland, OR 97217

HAWKINS HEATING & AIR
Acct No 4646
2224 CLEARVIEW
Carson City, NV 89701

HOLMES MURPHY & ASSOC.
Acct No xxx4748
PO BOX 9207
Des Moines, IA 50306-9207

HOME DEPOT
Acct No xxxxxxxxxxx2398
PO BOX 790420
Saint Louis, MO 63179

HYDRAULIC INDUSTRIAL SERVICES
Acct No x9507
5248 HWY 50
Carson City, NV 89701

INDUSTRIAL EQUIPMENT CAPITAL, LLC
Acct No xxx9464
2884 PEYTON ROAD
La Verne, CA 91750

INDUSTRIAL EQUIPMENT CAPITAL, LLC
2884 PEYTON RD.
La Verne, CA 91750

INTERNAL REVENUE SERVICE
P.O. Box 21126
DPN 781
Philadelphia, PA 19114

IPFS CORPORATION
Acct No xxx4748
24722 NETWORK PLACE
Chicago, IL 60673-1247

ISU HENKES WELSH AGENCY
Acct No x8995
PO BOX 11455
Reno, NV 89510-1145

J.C.'S XPRESS, INC.
Acct No x3108
630 WALTHAM WAY
Sparks, NV 89434

JACQUET WEST
Acct No xx2874
191 SOUTH KEIM STREET, SUITE 108
Pottstown, PA 19464

JAMES BLUEBERG
4841 FRANKTOWN ROAD
Washoe Valley, NV 89704

JLM INDUSTRIAL SUPPLY, INC.
Acct No xxxxx8101
955 S. MCCARRAN BOULEVARD, SUITE 102
Sparks, NV 89431

JRB MACHINE LLC
Acct No x1629
2542 BUSINESS PARKWAY, SUITE 3
Minden, NV 89423

KELLY PIPE CO., LLC
Acct No xxxx4154
11680 BLOOMFIELD AVENUE
PO BOX 2827
Santa Fe Springs, CA 90670

LES SCHWAB
Acct No xxxxxxx3885
3020 S. CARSON STREET
Carson City, NV 89701

LOCKWOOD-MOORE, INC.
Acct No x2396
754 KUENZLI STREET
Reno, NV 89502

LOWE'S
Acct No xxxxxxxxx0591
PO BOX 1111
North Wilkesboro, NC 28656

LYNCO FLANGE & FITTINGS
Acct No xxxxx0901
5114 STEADMONT DRIVE
Houston, TX 77040

LYON COUNTY ASSESSORS
Acct No xx1915
27 SOUTH MAIN STREET
Yerington, NV 89447

LYON COUNTY UTILITIES
PO BOX 1699
Dayton, NV 89403

MANUFACTURERS' NEWS, INC.
Acct No xx0527
1633 CENTRAL STREET
Evanston, IL 60201-1569

MARK R. SANDRI
Acct No x2399
CHENOWETH LAW GROUP, PC
510 SW 5TH AVENUE, 5TH FLOOR
Portland, OR 97204

MICHAEL AND DEBBIE FITE

MOUND HOUSE TRUE VALUE HARDWARE
Acct No xxxxxx0070
10189 HWY 50 EAST
Carson City, NV 89706

MSC INDUSTRIAL SUPPLY CO., INC.
Acct No xxxx0989
DEPT. CH 0075
Mount Prospect, IL 60056-0075

NAPA
Acct No xx9871
1882 HWY 50 EAST
Carson City, NV 89701

NAYLOR (CANADA)
Acct No xxxxxxxx0020
SUITE 300 1630 NESS AVENUE
WINNIPEG, MANITOBA R3J 3X1

NAYLOR PUBLICATIONS INC.
Acct No xxxxxxxx0019
PO BOX 847865
Dallas, TX 75284-7865

NEVADA MANUFACTURERS DIRECTORY
Acct No xx4445
1633 CENTRAL
Evanston, IL 60201-1569

NEVADA STATE DEVELOPMENT CORP
Acct No xxxxxx6001
6572 S. MCCARRAN BLVD.
Reno, NV 89509

NEVADA TOOL GRINDING
Acct No 7591
PO BOX 22089
Carson City, NV 89721

NORM LAMARSNA
2902 LONGSPUR DRIVE
Fullerton, CA 92835

NORTH AMERICAN COMPANY FOR LIFE
Acct No xxxxxx6320
INSURANCE
525 W. VAN BUREN
Chicago, IL 60607

NORTHERN NEVADA MEDICAL GROUP
Acct No x3965
2345 E. PRATER WAY, SUITE 207
Sparks, NV 89434-9629

NUGROWTH CAPITAL
Acct No xx0916
1 BLUE HILL PLAZA, SUITE 1514
Pearl River, NY 10965

NV ENERGY
PO BOX 30065
Reno, NV 89520

NY RESTRAINING NOTICE / CAP CALL LLC


OAK HARBOR FREIGHT LINES
Acct No xxxx0820
PO BOX 1469
Auburn, WA 98071-1469

OKLAHOMA FORGE, INC.
Acct No xxxx3233
PO BOX 701500
Tulsa, OK 74170-1500

OLD DOMINION FREIGHT LINE, INC.
Acct No xxxxxxx5951
PO BOX 742296
Los Angeles, CA 90074-2296

OLD DOMINION FREIGHT LINE, INC.
Acct No 13407779
PO BOX 198475
Atlanta, GA 30384-8475

OREILLY AUTO
Acct No xxxxxx5649
PO BOX 9464
Springfield, MO 65801-9464

ORORA NORTH AMERICA
Acct No xx9105
C/O LAW OFFICES OF BRIAN J. FERBER, INC.
5611 FALLBROOK AVENUE
Woodland Hills, CA 91367

PACIFIC COAST FLANGE PROPERTIES LLC
45 STOKES DRIVE
Carson City, NV 89706

PACIFIC COAST FLANGE PROPERTIES, LLC
45 STOKES DR.
Carson City, NV 89701

PACIFIC INTERNET
105 W. CLAY STREET
Ukiah, CA 95482

PDM STEEL SERVICE CENTERS, INC.
Acct No xxxx7101
1250 KLEPPE LANE
Sparks, NV 89431-0430

PERFORMANCE MACHINE TOOLS LLC
Acct No xxx9464
3305 EDISON WAY
Fremont, CA 94538

PERRY DAVIS
Acct No x/2017
792 S. SUTRO TERRACE
Carson City, NV 89706

PIPING PRODUCTS INC.
Acct No xxxx3201
1681 KRESS STREET
Houston, TX 77020-8126

PITNEY BOWES
Acct No xxxxxx7466
PO BOX 371874
Pittsburgh, PA 15250-7874

REDDAWAY
Acct No x8647
PO BOX 1300
Tualatin, OR 97062

REPUBLIC INDEMNITY
Acct No xxxxx2530
PO BOX 31001-2174
Pasadena, CA 91110-2174

RICHARD G. HILL, LTD.
Acct No xxxxx0319
652 FOREST STREET
Reno, NV 89509

RICHMOND CAPITAL GROUP LLC
125 MAIDEN LANE, SUITE 501
New York, NY 10038

SAFEGUARD
Acct No xxxxx9124
PO BOX 88043
Chicago, IL 60680-1043

SAFETY KLEEN
Acct No x9378
PO BOX 7170
Pasadena, CA 91109-7170

SAFETY-KLEEN
Acct No x9378
C/O ADAMS, LONDON & WEISS LLC
PO BOX 37428
Houston, TX 77237-0428

SAIA MOTOR FREIGHT LINE, INC.
Acct No xxx5584
PO BOX 730532
Dallas, TX 75373-0532

SAMUEL, SON & CO. INC.
Acct No xxx7802
C/O GUILD, GALLAGHER & FULLER, LTD.
100 W. LIBERTY STREET, SUITE 800
Reno, NV 89501

SAMUEL, SON & CO., INC.
Acct No xxx7802
24784 NETWORK PLACE
Chicago, IL 60673-1247

SELWAY MACHINE TOOL CO.
Acct No xx6405
29250 UNION CITY
Union City, CA 94587-1209

SIERRA COMPUTERS AND TRAINING
Acct No x8859
1900 VASSAR STREET
Reno, NV 89502

SIERRA HEALTH & LIFE
Acct No xxxxxxxx8498
2720 N. TENAYA WAY, 4TH FLOOR
Las Vegas, NV 89128

SIRIUS XM RADIO INC.
Acct No xx-xxxxxx4092
PO BOX 78054
Phoenix, AZ 85062-8054

SOLIDCAM
Acct No x7297
4250 ALAFAYA TRAIL, SUITE 212-152
Oviedo, FL 32765

SOUTHWEST GAS
PO BOX 98890
Las Vegas, NV 89193-8890

STANLEY CONVERGENT SECURITY SOLUTIONS
Acct No xxxx4905
DEPT. CH 10651
Palatine, IL 60055

STAPLES
Acct No xxxxxxxxxxxx8607
PO BOX 790439
Saint Louis, MO 63179

STAPLES BUSINESS ADVANTAGE
Acct No xxxxxx4992
DEPT. LA
PO BOX 83689
Chicago, IL 60696

STAPLES CONTRACT AND COMMERCIAL
Acct No xxxxxx6091
PO BOX 414524
Boston, MA 02241-4524

STATE OF NEVADA DMV
PO BOX 6900
Carson City, NV 89702-6900

STI/SPFA
Acct No xx1836
9440 DONATA COURT
Lake Zurich, IL 60047

TD BANK
Acct No xxx0333
100 STONE VILLAGE DRIVE
Fort Mill, SC 29708

TEXAS FLANGE & FITTING SUPPLY
Acct No x8647
PO BOX 2889
Pearland, TX 77588

TOWER COLLATERAL SOLUTIONS
Acct No xxxx2016
10888 AVENIDA SANTA ANA
Boca Raton, FL 33498

TRUE YELLOW PAGES DIRECTORY
Acct No xxxx1885
10624 S. EASTERN AVENUE, SUITE A
Reno, NV 89502

ULINE
Acct No xxxx1885
PO BOX 88741
Chicago, IL 60680-1741

UNITED RENTALS/NV
Acct No xxxxxxxx3001
PO BOX 100711
Atlanta, GA 30384-0711

UPS FREIGHT
Acct No xxxxx1645
PO BOX 730900
Dallas, TX 75373-0900

US BANK
Acct No xxxxx8913
PO BOX 7990448
Saint Louis, MO 63179-0448

US BANK EQUIPMENT FINANCE
13010 SW 68TH PARKWAY, SUITE 100
Portland, OR 97223

US BANK EQUIPMENT FINANCE
Acct No xxxxx2090
PO BOX 230789
Portland, OR 97281

USA PALLET DEPOT
Acct No 6421
PO BOX 7764
Reno, NV 89510

USF REDDAWAY
Acct No xxxxxx0201
26401 NETWORK PLACE
Chicago, IL 60673-1264

UTI, UNITED STATES, INC.
Acct No xxxxxxxx2811
26838 NETWORK PLACE
CHICAGO, IL 60673-1268

VAL-FIT, INC.
Acct No xxx1569
DEPT. LA 24020
Pasadena, CA 91185-4020

VICEROY CAPITAL FUNDING
Acct No 001
40 WALL STREET, 28TH FLOOR
New York, NY 10005

VISION SERVICE PLAN
PO BOX 45210
San Francisco, CA 94145-5210

WASTE MANAGEMENT
Acct No xxxxxxx-x1671
PO BOX 541065
Los Angeles, CA 90054-1065

WEDCO INC.
Acct No xx6013
PO BOX 1131
Reno, NV 89504

WELLS FARGO BANK, N.A.
Acct No xxxxxx6001
SBC 504 PROGRAM
9062 OLD ANNAPOLIS ROAD
MAC: R1204-010
Columbia, MD 21045-1951

```
WELLS FARGO BANK, N.A.
Acct No xxxxxx6006
SBA 504 PROGRAM
9062 OLD ANNAPOLIS ROAD
MAC: R1204-010
Columbia, MD 21045-1951

WEST COAST METALS GROUP
Acct No xxx7250
2455 NW NICOLAI STREET, SUITE B
Portland, OR 97210

WESTERN NEVADA SUPPLY
Acct No xxxx1431
950 S. ROCK BOULEVARD
Sparks, NV 89431

WESTERN TOOL & SUPPLY COMPANY
Acct No xxx0174
PO BOX 2420
Livermore, CA 94551-2420

WILOP FORGE & FOUNDRY CO., LTD.
Acct No xxxxxxxxCF15
394 ZHONGNAN ROAD, SUITE 342
DALIAN CHINA

WINK CPA
Acct No x4181
2744 DEL RIO PLACE, SUITE 110
Davis, CA 95618

WORLD GLOBAL FINANCING INC.
CHRISTOPHER JONES, ESQ.
141 NORTHEAST 3RD AVENUE, PH
Miami, FL 33132

XPO LOGISTICS
Acct No xxxxx6141
PO BOX 5160
Portland, OR 97208

XPOLOGISTICS
Acct No xxxxx6141
C/O WEINSTOCK & o'MALLEY
PO BOX 311
105 WHITE OAK LANE, 2ND FLOOR
Old Bridge, NJ 08857-1006

YRC
Acct No xxxxx6958
PO BOX 100299
Pasadena, CA 91189-0299
```

# United States Bankruptcy Court
### District of Nevada

In re   **PACIFIC COAST FLANGE, INC.**

Debtor(s)

Case No.

Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **PACIFIC COAST FLANGE, INC.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**May 22, 2017**

Date

**/s/ Kevin A. Darby, Esq.**

**Kevin A. Darby, Esq. NV7670**

Signature of Attorney or Litigant

Counsel for   **PACIFIC COAST FLANGE, INC.**

**DARBY LAW PRACTICE**

**4777 CAUGHLIN PARKWAY**
**RENO, NV 89519**
**775.322.1237 Fax:775.996.7290**
**kevin@darbylawpractice.com**