**Fill in this information to identify the case:**

Debtor name    **PACIFIC COAST FLANGE, INC.**

United States Bankruptcy Court for the:   DISTRICT OF NEVADA

Case number (if known)   **17-50643**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. **Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 6, 2017**     X **/s/ MICHAEL H. FITE**
                                     Signature of individual signing on behalf of debtor

                                       **MICHAEL H. FITE**
                                       Printed name

                                       **PRESIDENT**
                                       Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Fill in this information to identify the case: |
| --- |

Debtor name    **PACIFIC COAST FLANGE, INC.**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)    **17-50643**

☐ Check if this is an
    amended filing

## Official Form 206Sum
### Summary of Assets and Liabilities for Non-Individuals      12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.   **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

     **1a. Real property:**
     Copy line 88 from *Schedule A/B*....................................................................................    $       **0.00**

     **1b. Total personal property:**
     Copy line 91A from *Schedule A/B*................................................................................    $       **3,353,565.00**

     **1c. Total of all property:**
     Copy line 92 from *Schedule A/B*.................................................................................    $       **3,353,565.00**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
     Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.....................................    $       **356,728.91**

3.   **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

     **3a. Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................    $       **19,641.18**

     **3b. Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................    +$       **4,855,891.44**

4.   Total liabilities ........................................................................................
     Lines 2 + 3a + 3b      $       **5,232,261.53**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **PACIFIC COAST FLANGE, INC.**

United States Bankruptcy Court for the: DISTRICT OF NEVADA

Case number (if known) **17-50643**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **US BANK** | **CHECKING** | **6008** | **$200.00** |
| 3.2. | **US BANK** | **CHECKING** | **5992** | **$200.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | |
| --- | --- |
| | **$400.00** |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **PACIFIC COAST FLANGE, INC.** | Case number *(If known)* **17-50643** |
| | Name | |

| 11a. 90 days old or less: | 18,000.00 | - | 0.00 | = .... | $18,000.00 |
| | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | | $18,000.00 |
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | | |

| Part 4: | **Investments** |

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 39. | **Office furniture** | | |
| | **FILE CABINETS 8 EACH** | $0.00 | | $600.00 |
| | **DESKS 14 EACH** | $0.00 | | $300.00 |
| | **CREDENZA 10 EACH** | $0.00 | | $200.00 |
| | **OFFICE CHAIRS 14 EACH** | $0.00 | | $0.00 |
| | **GUEST CHAIRS 16 EACH** | $0.00 | | $100.00 |
| | **FILING CABINETS 22 EACH** | $0.00 | | $0.00 |
| | **FOLDING TABLES 4 EACH** | $0.00 | | $0.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    **PACIFIC COAST FLANGE, INC.**                    Case number *(if known)*  **17-50643**
          <sub>Name</sub>

| | | | |
|---|---|---|---|
| **FOLDING CHAIRS 36 EACH** | $0.00 | | $0.00 |
| **BOOKSHELVES 15 EACH** | $0.00 | | $75.00 |
| **DISPLAY CABINET** | $0.00 | | $350.00 |
| **OAK TABLE** | $0.00 | | $50.00 |
| **BLUE PRINT CABINET 2 EACH** | $0.00 | | $500.00 |

40.    **Office fixtures**

41.    **Office equipment, including all computer equipment and communication systems equipment and software**

| | | | |
|---|---|---|---|
| **COMPUTERS, PRINTERS, COPIER, FAX MACHINE, PHONE SYSTEM AND OFFICE EQUIPMENT** | $0.00 | N/A | $5,000.00 |
| **RICOH COPY SCAN MACHINE** | $0.00 | | $10,000.00 |
| **FAX MACHINE** | $0.00 | | $900.00 |
| **HP COPY SCAN MACHINE** | $0.00 | | $300.00 |
| **MAIN SERVER COMPUTER** | $0.00 | | $2,500.00 |
| **MAIN SERVER BACKUP** | $0.00 | | $200.00 |
| **COMPUTERS 5 EACH** | $0.00 | | $200.00 |
| **FLAT SCREEN MONITORS 5 EACH** | $0.00 | | $0.00 |
| **HI VOLUME PRINTER** | $0.00 | | $1,000.00 |
| **HP LASER JET PRINTER 3 EACH** | $0.00 | | $0.00 |
| **PAPER SHREADERS 2 EACH** | $0.00 | | $100.00 |
| **MICROWAVE OVENS 3 EACH** | $0.00 | | $0.00 |
| **REFRIGERATORS 2 EACH** | $0.00 | | $100.00 |

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **PACIFIC COAST FLANGE, INC.**                              Case number *(If known)*  **17-50643**
          Name

| 43. | **Total of Part 7.** | **$22,475.00** |
|-----|----------------------|----------------|
|     | Add lines 39 through 42.  Copy the total to line 86. | |

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2011 3/4 TON DODGE TRUCK** | $0.00 | | $35,000.00 |
| 47.2.  **2014 DODGE 4500** | $0.00 | | $50,000.00 |
| 47.3.  **1987 GMC 7000 FLATBED** | $0.00 | | $2,000.00 |
| 47.4.  **1998 CHEVROLET TRUCK** | $0.00 | | $1,000.00 |
| 47.5.  **1987 GMC FLATBED TRUCK** | $0.00 | | $3,000.00 |
| 47.6.  **2008 NORTHERN EQUIPMENT TRAILER** | $0.00 | | $2,000.00 |
| 47.7.  **1996 24' CM GOOSE NECK TRAILER** | $0.00 | | $4,000.00 |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
       floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
|---|---|---|---|
| **TOYOTA 5FGC30 FORKLIFT** | $0.00 | | $10,000.00 |
| **TOYOTA 426FGCU25 FORKLIFT** | $0.00 | | $11,000.00 |
| **HYSTER H50FT FORKLIFT** | $0.00 | | $18,000.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

Debtor    **PACIFIC COAST FLANGE, INC.**                    Case number *(If known)* **17-50643**
　　　　　Name

| Item | Value | Value |
|---|---|---|
| **HYSTER H60XM FORKLIFT** | $0.00 | $18,000.00 |
| **DEAWOO G25S-2 FORKLIFT** | $0.00 | $4,000.00 |
| **JVC 930 FORKLIFT** | $0.00 | $15,000.00 |
| **HYSTER H80XL FORKLIFT** | $0.00 | $20,000.00 |
| **HYSTER H200HS FORKLIFT** | $0.00 | $20,000.00 |
| **CATERPILLER HV300B FORKLIFT** | $0.00 | $25,000.00 |
| **HI JACKER HJ-15-B ELECTRIC MAN LIFT** | $0.00 | $900.00 |
| **CASCADE DIGITAL LED FORKS** | $0.00 | $0.00 |
| **CONTRX 1 TON JIB CRANE** | $0.00 | $1,695.00 |
| **CONTRX 1 TON JIB CRANE** | $0.00 | $995.00 |
| **ABELL-HOWE 2 TON JIB CRANE** | $0.00 | $2,650.00 |
| **ABELL-HOWE 2 TON JIB CRANE** | $0.00 | $2,650.00 |
| **ABELL-HOWE 2 TON JIB CRANE** | $0.00 | $2,650.00 |
| **ABELL-HOWE 2 TON JIB CRANE** | $0.00 | $2,650.00 |
| **ABELL-HOWE 2 TON JIB CRANE** | $0.00 | $2,650.00 |
| **ABELL-HOWE 2 TON JIB CRANE** | $0.00 | $2,650.00 |
| **ABELL-HOWE 2 TON JIB CRANE** | $0.00 | $2,650.00 |
| **ABELL-HOWE 2 TON JIB CRANE** | $0.00 | $2,650.00 |
| **ABELL-HOWE 2 TON JIB CRANE** | $0.00 | $2,650.00 |
| **ABELL-HOWE 2 TON JIB CRANE** | $0.00 | $2,650.00 |
| **ABELL-HOWE 2 TON JIB CRANE** | $0.00 | $2,650.00 |

Debtor    **PACIFIC COAST FLANGE, INC.**
Name                                           Case number *(If known)* **17-50643**

| | | |
|---|---|---|
| ABELL-HOWE 2 TON JIB CRANE | $0.00 | $1,250.00 |
| CONTRX 2 TON JIB CRANE | $0.00 | $1,250.00 |
| ABELL-HOWE 3 TON JIB CRANE | $0.00 | $2,950.00 |
| ABELL-HOWE 3 TON JIB CRANE | $0.00 | $2,950.00 |
| ABELL-HOWE 3 TON JIB CRANE | $0.00 | $2,950.00 |
| ABELL-HOWE 3 TON JIB CRANE | $0.00 | $2,950.00 |
| ABELL-HOWE 3 TON JIB CRANE | $0.00 | $2,950.00 |
| CPF 1 TON GANTRY CRANE | $0.00 | $2,600.00 |
| CPF 1 TON GANTRY CRANE | $0.00 | $2,600.00 |
| CPF 1 TON GANTRY CRANE | $0.00 | $2,600.00 |
| DEMAG 20 TON BRIDGE CRANE | $0.00 | $190,039.00 |
| DAYTON 300LB HOIST 4Z358B | $0.00 | $400.00 |
| DAYTON 1 TON HOIST 9N100B | $0.00 | $1,000.00 |
| LOADSTAR 1 TON HOIST | $0.00 | $1,000.00 |
| LOADSTAR 1 TON HOIST | $0.00 | $1,000.00 |
| LOADSTAR 1 TON HOIST | $0.00 | $1,000.00 |
| LOADSTAR 1 TON HOIST | $0.00 | $1,000.00 |
| LOADSTAR 1 TON HOIST | $0.00 | $1,000.00 |
| LOADSTAR 1 TON HOIST | $0.00 | $1,000.00 |
| LOADSTAR 1 TON HOIST | $0.00 | $1,000.00 |
| COFFING 1 TON HOIST EC2016-3-10 | $0.00 | $12,000.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **PACIFIC COAST FLANGE, INC.**                              Case number *(If known)*  **17-50643**
        Name

| Description | | |
|---|---|---|
| **COFFING 1 TON HOIST EC2016-3-10** | $0.00 | $12,000.00 |
| **COFFING 1 TON HOIST EC2016-3-10** | $0.00 | $12,000.00 |
| **COFFING 1 TON HOIST EC2016-3-10** | $0.00 | $12,000.00 |
| **COFFING 1 TON HOIST EC2016-3-10** | $0.00 | $12,000.00 |
| **COFFING 1 TON HOIST EC2016-3-10** | $0.00 | $12,000.00 |
| **COFFING 1 TON HOIST T5J00TW00361** | $0.00 | $1,000.00 |
| **COFFING 1 TON HOIST EC2016-3-10** | $0.00 | $12,000.00 |
| **COFFING 1 TON HOIST T5J00TW00361** | $0.00 | $1,000.00 |
| **JET 1 TON HOIST ISS-3-15** | $0.00 | $1,000.00 |
| **JET 1 TON HOIST ISS-3-15** | $0.00 | $1,000.00 |
| **JET 1 TON HOIST ISS-3-20** | $0.00 | $1,000.00 |
| **LOADSTAR 2 TON HOIST** | $0.00 | $2,000.00 |
| **LOADSTAR 2 TON HOIST** | $0.00 | $2,000.00 |
| **LOADSTAR 2 TON HOIST** | $0.00 | $2,000.00 |
| **COFFING 2 TON HOIST EC4018** | $0.00 | $2,000.00 |
| **JET 2 TON HOIST 3L9251449-3** | $0.00 | $1,800.00 |
| **HARRINGTON 5 TON HOIST 47SY8041** | $0.00 | $5,000.00 |
| **WEBSTER BENNETT 48" VERTICAL BORING MILL** | $0.00 | $6,000.00 |
| **WEBSTER BENNETT 60" VERTICAL BORING MILL** | $0.00 | $15,000.00 |
| **KING 36" VERTICAL BORING MILL** | $0.00 | $22,000.00 |
| **KING 42" VERTICAL BORING MILL** | $0.00 | $30,000.00 |

Debtor    **PACIFIC COAST FLANGE, INC.**                Case number *(If known)*  **17-50643**
Name

| | | |
|---|---|---|
| KING 62" VERTICAL BORING MILL | $0.00 | $45,000.00 |
| 1960 BETTS VERTICAL 120" VB - 11 BORING MILL | $0.00 | $300,000.00 |
| 1992 OM LTD 288" TMSS1 - 40/7 VERTICAL BORING MILL | $0.00 | $800,000.00 |
| CENTRAL MACHINERY TD - 1236B MANUAL LATHE | $0.00 | $1,800.00 |
| FEMCO HL - 55 CNC LATHE | $0.00 | $100,000.00 |
| TAKISAWA TX - 2 CNC MILL | $0.00 | $3,500.00 |
| 1998 HAAS G1 CNC MILL | $0.00 | $45,000.00 |
| 1998 VF - 3 CNC MILL | $0.00 | $30,000.00 |
| 1996 HAAS VF - 6 CNC MILL | $0.00 | $40,000.00 |
| CHEVALIER FVM-104125DC CNC MILL | $0.00 | $350,000.00 |
| CHEVALIER 90 DEGREE RIGHT ANGLE HEAD | $0.00 | $10,000.00 |
| CHEVALIER FVL-1600VTC CNC VTL | $0.00 | $300,000.00 |
| HYUNDAI LV1100R/L CNC VTL | $0.00 | $250,000.00 |
| CINCINNATI 5' RADIAL DRILL | $0.00 | $5,000.00 |
| CINCINNATI 6' RADIAL DRILL | $0.00 | $7,000.00 |
| CARLTON 5' RADIAL DRILL | $0.00 | $6,000.00 |
| SYLVA GANG DRILL | $0.00 | $500.00 |
| CENTURY 39955 DRILL PRESS | $0.00 | $100.00 |
| ORBIT OR-1458F DRILL PRESS | $0.00 | $100.00 |
| 48" INDEXING TABLE | $0.00 | $1,000.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    **PACIFIC COAST FLANGE, INC.**                    Case number *(If known)*  **17-50643**
Name

| | | | |
|---|---|---|---|
| 60" DIGITAL INDEX TABLE | $0.00 | | $2,500.00 |
| 96" DIGITAL INDEX TABLE | $0.00 | | $3,500.00 |
| 120" DIGITAL INDEX TABLE | $0.00 | | $9,000.00 |
| MOHAWK 49 DRILL SHARPENER | $0.00 | | $3,000.00 |
| STERLING DV DRILL SHARPENER | $0.00 | | $250.00 |
| STERLING DV DRILL SHARPENER | $0.00 | | $250.00 |
| TABLE JAWS | $0.00 | | $250.00 |
| TABLE JAWS | $0.00 | | $250.00 |
| TABLE JAWS | $0.00 | | $250.00 |
| TABLE JAWS | $0.00 | | $250.00 |
| HYSTER H80XL FORKLIFT | $0.00 | | $8,000.00 |
| CASCADE 23AIFORK DIGITAL LED FORKS | $0.00 | | $5,000.00 |
| ARONSON WRI10 PIPE ROLLS | $0.00 | | $0.00 |
| JETLINE 37000A PIPE ROLLS | $0.00 | | $250.00 |
| JETLINE TD1000A PIPE ROLLS | $0.00 | | $250.00 |
| VICTOR 120" CIRCLE BURNER | $0.00 | | $4,000.00 |
| VICTOR 73" CIRCLE BURNER | $0.00 | | $4,000.00 |
| KOIKE 1K-70 24" CIRCLE BURNER | $0.00 | | $1,000.00 |
| KOIKE KT-30-6 24" CIRCLE BURNER | $0.00 | | $1,000.00 |
| KOIKE 1K-54-D PATTERN BURNER | $0.00 | | $800.00 |
| VICTOR VCM-200 STRAIGHT BURNER | $0.00 | | $1,100.00 |

Debtor    **PACIFIC COAST FLANGE, INC.**                    Case number *(If known)*  **17-50643**
          Name

| | | |
|---|---|---|
| **BUGGO STRAIGHT BURNER** | $0.00 | $1,000.00 |
| **VICTOR OXY/ACET TORCH SET** | $0.00 | $150.00 |
| **VICTOR OXY/ACET TORCH SET** | $0.00 | $150.00 |
| **VICTOR OXY/ACET TORCH SET** | $0.00 | $150.00 |
| **HOSSFELD #2 PIPE BAR BENDER** | $0.00 | $3,000.00 |
| **WESTWARD 3ZL69 PORTA POWER** | $0.00 | $350.00 |
| **MARVEL MK-1 BAND SAW** | $0.00 | $3,000.00 |
| **WF WELLS 12" BAND SAW** | $0.00 | $1,200.00 |
| **WF WELLS 16" BAND SAW** | $0.00 | $6,000.00 |
| **MILLWAUKEE 6176-20 CHOP SAW** | $0.00 | $250.00 |
| **MILLWAUKEE 6490 CHOP SAW** | $0.00 | $200.00 |
| **BURR KING BELT SANDER** | $0.00 | $300.00 |
| **CLEMCO CONTRACTOR SAND BLASTER** | $0.00 | $6,000.00 |
| **GARDNER-DENVER 450 BLAST COMPRESSOR** | $0.00 | $3,500.00 |
| **NAPA FLOOR JACK** | $0.00 | $250.00 |
| **NAPA FLOOR JACK** | $0.00 | $250.00 |
| **JOHN DEERE 20297 PRESSURE WASHER** | $0.00 | $600.00 |
| **SULLAIR 185-JD AIR COMPRESSOR** | $0.00 | $5,000.00 |
| **QUINCY QGD-50 AIR COMPRESSOR** | $0.00 | $12,000.00 |
| **HUSKY PRO-3.2 AIR COMPRESSOR** | $0.00 | $4,000.00 |
| **INGERSOLL-RAND WATER SEPARATOR** | $0.00 | $1,100.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor  **PACIFIC COAST FLANGE, INC.**
　　　　Name

Case number *(If known)*  **17-50643**

| | | |
|---|---|---|
| **ZEKS 98300 EVAPORATOR** | $0.00 | $1,100.00 |
| **DELTA MH23-105B PEDESTAL GRINDER** | $0.00 | $100.00 |
| **BALDOR 610-5-2 PEDESTAL GRINDER** | $0.00 | $800.00 |
| **UTILITY MOTORS 10486 PEDESTAL GRINDER** | $0.00 | $100.00 |
| **6X12 STEEL FAB TABLE** | $0.00 | $1,500.00 |
| **5X10 STEEL FAB TABLE** | $0.00 | $1,500.00 |
| **5X10 STEEL FAB TABLE** | $0.00 | $1,500.00 |
| **4X10 STEEL FAB TABLE** | $0.00 | $900.00 |
| **4X8 STEEL FAB TABLE** | $0.00 | $900.00 |
| **4X4 STEEL FAB TABLE** | $0.00 | $500.00 |
| **4X4 STEEL FAB TABLE** | $0.00 | $500.00 |
| **3X12 STEEL FAB TABLE** | $0.00 | $750.00 |
| **3X8 STEEL FAB TABLE** | $0.00 | $500.00 |
| **3X6 STEEL FAB TABLE** | $0.00 | $500.00 |
| **2X5 STEEL FAB TABLE** | $0.00 | $400.00 |
| **7X10 TEE SLOT TABLE** | $0.00 | $300.00 |
| **9X20 BURN TABLE** | $0.00 | $1,000.00 |
| **5X8 BURN TABLE** | $0.00 | $700.00 |
| **4X4 BURN TABLE** | $0.00 | $400.00 |
| **12X20 METAL SHED** | $0.00 | $2,500.00 |
| **VISE 3 EACH** | $0.00 | $600.00 |

Debtor    **PACIFIC COAST FLANGE, INC.**                              Case number *(If known)*  **17-50643**
          <sub>Name</sub>

| | | |
|---|---|---|
| **PIPE CLAMPS 2 EACH** | **$0.00** | **$300.00** |
| **6X7 LIFTING HOOKS 3 EACH** | **$0.00** | **$11,000.00** |
| **5X6 LIFTING HOOKS 2 EACH** | **$0.00** | **$6,000.00** |
| **4X4 LIFTING HOOKS 4 EACH** | **$0.00** | **$8,000.00** |
| **3X3 LIFTING HOOKS 210 EACH** | **$0.00** | **$12,000.00** |
| **2X2 LIFTING HOOKS 3 EACH** | **$0.00** | **$2,400.00** |
| **PORT A COOL AIR CONDITIONER 2 EACH** | **$0.00** | **$4,000.00** |
| **HOBART RC-300 WELDER** | **$0.00** | **$0.00** |
| **MILLER 250 WELDER** | **$0.00** | **Unknown** |
| **LINCOLN CV-250 WELDER** | **$0.00** | **$1,000.00** |
| **MILLER CP/CC 1500 WELDER** | **$0.00** | **$5,000.00** |
| **LINCOLN CV-300 WELDER** | **$0.00** | **$1,000.00** |
| **LINCOLN R35-325 WELDER** | **$0.00** | **$1,000.00** |
| **LINCOLN DC-400 WELDER** | **$0.00** | **$1,000.00** |
| **LINCOLN DC-600 WELDER** | **$0.00** | **$1,000.00** |
| **LINCOLN IDEALARC 250 WELDER** | **$0.00** | **$200.00** |
| **LINCOLN IDEALARC 250 WELDER** | **$0.00** | **$200.00** |
| **HOBART AGH-27 WIRE FEEDER** | **$0.00** | **$0.00** |
| **LINCOLN LN-7 WIRE FEEDER** | **$0.00** | **$500.00** |
| **LINCOLN LN-7 WIRE FEEDER** | **$0.00** | **$500.00** |
| **LINCOLN LN-7 WIRE FEEDER** | **$0.00** | **$500.00** |

Debtor    **PACIFIC COAST FLANGE, INC.**                                    Case number *(If known)*  **17-50643**
          Name

| | | |
|---|---|---|
| **LINCOLN LF-74 WIRE FEEDER** | $0.00 | $500.00 |
| **LINCOLN NA-3S SUB-ARC WELDER** | $0.00 | $2,500.00 |
| **LINCOLN NA-3N SUB-ARC WELDER** | $0.00 | $2,500.00 |
| **LINCOLN NA-3N SUB-ARC WELDER** | $0.00 | $2,500.00 |
| **WELD ENGR. INC. WEC-AP-1 FLUX RECOVERY SYSTEM** | $0.00 | $1,000.00 |
| **UNIQUE WELDING BOOM** | $0.00 | $1,200.00 |
| **UNIQUE WELDING BOOM** | $0.00 | $2,500.00 |
| **HASEN WELDING BOOM** | $0.00 | $2,000.00 |
| **TELEDYNE 12X9 MANIPULATOR** | $0.00 | $13,000.00 |
| **JETLINE ZB200A POSITIONER** | $0.00 | $250.00 |
| **RANSOME 2500LB 25-P POSITIONER** | $0.00 | $6,000.00 |
| **RANSOME 5000LB 50-P POSITIONER** | $0.00 | $9,000.00 |
| **ARONSON 90,000LB HD500 POSITIONER** | $0.00 | $35,000.00 |
| **PHOENIX 15 DRY ROD OVEN** | $0.00 | $500.00 |
| **AERCOLOGY WA-1000CPH SMOKE ELIMINATOR** | $0.00 | $2,000.00 |
| **AERCOLOGY WA-1000CPH SMOKE ELIMINATOR** | $0.00 | $2,000.00 |
| **SMOKEMASTER SMOK ELIMINATOR** | $0.00 | $1,000.00 |
| **SMOKEMASTER SMOK ELIMINATOR** | $0.00 | $1,000.00 |
| **ECKLUND AUTOLOADER INSPECTION TABLE** | $0.00 | $2,000.00 |
| **METAL PODIUM 2 EACH** | $0.00 | $500.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **PACIFIC COAST FLANGE, INC.**                                    Case number *(If known)*  **17-50643**
                    Name

| | | |
|---|---|---|
| **80X80 DIP TANK 2 EACH** | **$0.00** | **$4,000.00** |
| **63X63 DIP TANK 2 EACH** | **$0.00** | **$3,000.00** |
| **44X44 DIP TANK 2 EACH** | **$0.00** | **$2,500.00** |
| **33X33 DIP TANK 2 EACH** | **$0.00** | **$2,000.00** |
| **ACCENT IND. DRYER** | **$0.00** | **$5,000.00** |
| **DRYER RACK 2 EACH** | **$0.00** | **$1,500.00** |
| **5X7 CONTAINMENT TANK** | **$0.00** | **$500.00** |
| **DYE PENETRANT COMPONENTS** | **$0.00** | **$1,000.00** |
| **QA TESTING TOOLS** | **$0.00** | **$4,000.00** |
| **LOADING RAMP** | **$0.00** | **$3,000.00** |
| **LOADING DOCK** | **$0.00** | **$1,711.00** |
| **SCISSOR LIFT TABLE 2 EACH** | **$0.00** | **$500.00** |
| **STAIRWAY PORTABLE** | **$0.00** | **$500.00** |
| **PALLET RACKING 2 EACH** | **$0.00** | **$35,000.00** |
| **PALLET RACK CORNER** | **$0.00** | **$750.00** |
| **KENNEDY 10X42 TOOL BOX** | **$0.00** | **$400.00** |
| **SNAP ON 11X54 TOOL BOX** | **$0.00** | **$1,800.00** |
| **KOBALT 27X6 TOOL BOX 4 EACH** | **$0.00** | **$1,500.00** |
| **KOBALT 27X5 TOOL BOX** | **$0.00** | **$300.00** |
| **TOOL HOLDER CAB. 4** | **$0.00** | **$800.00** |
| **EQUIPTO TOOLING CABINET** | **$0.00** | **$500.00** |

Debtor    **PACIFIC COAST FLANGE, INC.**                        Case number *(If known)*  **17-50643**
          Name

| | | | |
|---|---|---|---|
| **UPPER SCOOT TOOLING CABINET** | $0.00 | | $200.00 |
| **UPPER SCOOT TOOLING CABINET** | $0.00 | | $200.00 |
| **DURHAM STEEL CABINET** | $0.00 | | $900.00 |
| **STONG HOLD STEEL CABINET** | $0.00 | | $1,200.00 |
| **JUSTRITE FIREPROOF CABINET 2 EACH** | $0.00 | | $1,500.00 |
| **EQUIPTO STORAGE BINS 2 EACH** | $0.00 | | $2,000.00 |
| **STORAGE LOCKERS** | $0.00 | | $800.00 |
| **SOLVENT TANK** | $0.00 | | $300.00 |
| **BANDING STATION 3** | $0.00 | | $2,000.00 |
| **AIR HOSE REEL** | $0.00 | | $4,500.00 |
| **ELECTRICAL REEL** | $0.00 | | $2,000.00 |
| **WATER HOSE REEL** | $0.00 | | $100.00 |
| **CHAMPION SWAMP COOLER 2 EACH** | $0.00 | | $800.00 |
| **MILWAUKEE 4202 MAG DRILL** | $0.00 | | $750.00 |
| **MAGNETOOL MAG POWER LIFT** | $0.00 | | $1,200.00 |
| **5 TON CRANEWAY** | $0.00 | | $5,000.00 |

51.    **Total of Part 8.**                                                            | **$3,312,690.00** |
       Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ■ No
       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

Debtor    **PACIFIC COAST FLANGE, INC.**                          Case number *(If known)* **17-50643**
          Name

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor    **PACIFIC COAST FLANGE, INC.**                           Case number *(If known)*  **17-50643**
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $400.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $18,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $22,475.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $3,312,690.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.....................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $3,353,565.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $3,353,565.00 |

**Fill in this information to identify the case:**

Debtor name  **PACIFIC COAST FLANGE, INC.**

United States Bankruptcy Court for the:  DISTRICT OF NEVADA

Case number (if known)  **17-50643**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| 2.1 | **BANK OF THE WEST** | | $21,732.20 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**475 SANSOME STREET, 19TH FLOOR NC-TRI-19 San Francisco, CA 94111**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**ALL MACHINE TOOL AND RELATED EQUIPMENT LEASED OR FINANCED FROM BANK OF THE WEST**

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred
**10/2016**

Last 4 digits of account number
**0574**

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | **CAP CALL, LLC** | | $72,500.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**122 E. 42ND STREET, SUITE 2112 New York, NY 10168**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**ALL ASSETS OF DEBTOR**

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred
**2/2017**

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

**As of the petition filing date, the claim is:**
Check all that apply

Debtor    **PACIFIC COAST FLANGE, INC.**

Name

Case number (if know)    **17-50643**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **CORPORATION SERVICE COMPANY** | | |
|---|---|---|---|

Creditor's Name

**PO BOX 2576**
**Springfield, IL 62708**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**ALL ASSETS OF DEBTOR**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00 | $0.00

---

| 2.4 | **CROSSROADS FINANCIAL, LLC** | | |
|---|---|---|---|

Creditor's Name

**6001 BROKEN SOUND PARKWAY, SUITE 620**
**Boca Raton, FL 33487**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**6/2016**

**Last 4 digits of account number**
**0333**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**ALL ASSETS OF DEBTOR**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$14,549.74 | $0.00

---

| 2.5 | **FIRST NORTHERN BANK** | | |
|---|---|---|---|

Creditor's Name

**195 N. FIRST STREET**
**Dixon, CA 95620**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**ALL INVENTORY, ACCOUNTS, & EQUIPMENT; FVM 104125 DC BRIDGE MACHINE CENTER AND 1000 PSI CHIP BALSTER**

**Describe the lien**

$102,386.37 | $0.00

---

Debtor   **PACIFIC COAST FLANGE, INC.**
_____
Name

Case number (if know)   **17-50643**

_____
Creditor's email address, if known

**Date debt was incurred**

**4/2017**

**Last 4 digits of account number**

**1901**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.6 | **INDUSTRIAL EQUIPMENT CAPITAL, LLC** | | $0.00 | $300,000.00 |

Creditor's Name

**2884 PEYTON RD.**
**La Verne, CA 91750**
_____
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**CHEVALIER FVL-1600VTC CNC VTL**

**Describe the lien**

_____
Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.7 | **US BANK EQUIPMENT FINANCE** | | $49,560.60 | $0.00 |

Creditor's Name

**PO BOX 230789**
**Portland, OR 97281**
_____
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**ONE CHEVALIER FVL-1600 VTC VERTICAL TURNING CENTER WITH FANUC**

**Describe the lien**

_____
Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Date debt was incurred**

**8/2016**

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**2090**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **PACIFIC COAST FLANGE, INC.** | Case number (if know) | **17-50643** |
|---|---|---|---|
| | Name | | |

| 2.8 | **WORLD GLOBAL FINANCING INC.** | Describe debtor's property that is subject to a lien | $96,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**CHRISTOPHER JONES, ESQ.**
**141 NORTHEAST 3RD AVENUE, PH**
**Miami, FL 33132**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**5/2017**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**ALL ASSETS OF DEBTOR**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $356,728.91

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **COX, WOOTTON, LERNER, GRIFFIN & HANSEN**<br>**MARC T. CEFALU**<br>**900 FRONT STREET, SUITE 350**<br>**San Francisco, CA 94111** | Line  **2.1** | |
| **EXPRESS FINDING INC.**<br>**8310 17TH AVENUE**<br>**Brooklyn, NY 11214** | Line  **2.8** | |
| **RICHMOND CAPITAL GROUP LLC**<br>**125 MAIDEN LANE, SUITE 501**<br>**New York, NY 10038** | Line  **2.2** | |
| **TD BANK**<br>**100 STONE VILLAGE DRIVE**<br>**Fort Mill, SC 29708** | Line  **2.4** | |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **PACIFIC COAST FLANGE, INC.**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)    **17-50643**

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**DEPARTMENT OF LABOR**<br>**1818 E. COLLEGE PARKWAY,**<br>**SUITE 102**<br>**Carson City, NV 89706** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**DEPARTMENT OF TAXATION**<br>**1550 COLLEGE PARKWAY, SUITE 115**<br>**Carson City, NV 89706** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,557.34 | $0.00 |
| Date or dates debt was incurred<br>**4/2017** | Basis for the claim:<br>**2016-2017** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      39342      Best Case Bankruptcy

| Debtor | **PACIFIC COAST FLANGE, INC.** | Case number (if known) | **17-50643** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$494.81** | **$0.00** |
|---|---|---|---|---|
| | **EMPLOYMENT SECURITY DIVISION**<br>**CONTRIBUTIONS SECTION**<br>**500 E THIRD STREET**<br>**Carson City, NV 89713** | | | |
| | Date or dates debt was incurred<br>**5/2016** | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,400.00** | **$2,400.00** |
|---|---|---|---|---|
| | **FORREST MACK**<br>**8730 IROQUOIS TRAIL**<br>**STAGECOACH, NV 89429** | | | |
| | Date or dates debt was incurred<br>**4/2017** | Basis for the claim:<br>**UNPAID WAGES** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | **INTERNAL REVENUE SERVICE**<br>**P.O. Box 21126**<br>**DPN 781**<br>**Philadelphia, PA 19114** | | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$12,732.03** | **$12,732.03** |
|---|---|---|---|---|
| | **LYON COUNTY ASSESSORS**<br>**27 SOUTH MAIN STREET**<br>**Yerington, NV 89447** | | | |
| | Date or dates debt was incurred<br>**8/2016** | Basis for the claim: | | |
| | Last 4 digits of account number **1915** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **PACIFIC COAST FLANGE, INC.** | Case number (if known) | 17-50643 |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,457.00 | $2,457.00 |
|---|---|---|---|---|

**STATE OF NEVADA DMV**
**PO BOX 6900**
**Carson City, NV 89702-6900**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**9/2015**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)    ■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,449.97 |
|---|---|---|---|

**A-L SIERRA WELDING PRODUCTS**
**4443 US-50**
**Carson City, NV 89701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/2016**
Last 4 digits of account number  **8587**

Basis for the claim:  **TRADE DEBT**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,095.00 |
|---|---|---|---|

**AARON MIHALI**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/2017**
Last 4 digits of account number  **12**

Basis for the claim:  **TRADE DEBT**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,136.51 |
|---|---|---|---|

**ABC FIRE & CYLINDER SERVICE**
**1025 TELEGRAPH STREET**
**Reno, NV 89502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/2016**
Last 4 digits of account number  **4154**

Basis for the claim:  **TRADE DEBT**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $263.39 |
|---|---|---|---|

**ABC HEATING & SHEET METAL**
**7893 US-50**
**Carson City, NV 89701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/2008**
Last 4 digits of account number  **7797**

Basis for the claim:  **TRADE DEBT**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**ADVANCE CAPITAL**
**8 HAVEN AVENUE, SUITE 205**
**Port Washington, NY 11050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _
Last 4 digits of account number  _

Basis for the claim:  **TRADE DEBT**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor    **PACIFIC COAST FLANGE, INC.**                                    Case number (if known)    **17-50643**
_____
Name

| 3.6 | Nonpriority creditor's name and mailing address<br>**AFLAC**<br>**1932 WYNNTON ROAD**<br>**Columbus, GA 31999**<br><br>Date(s) debt was incurred  **4/2017**<br>Last 4 digits of account number  **6328** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **TRADE DEBT**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,080.92** |

| 3.7 | Nonpriority creditor's name and mailing address<br>**AIRGAS NCN**<br>**3882 GONI ROAD**<br>**Carson City, NV 89706**<br><br>Date(s) debt was incurred  **1/2016**<br>Last 4 digits of account number  **6053** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **TRADE DEBT**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$19,354.78** |

| 3.8 | Nonpriority creditor's name and mailing address<br>**ALLEN MAXWELL & SILVER, INC.**<br>**PO BOX 540**<br>**Fair Lawn, NJ 07410**<br><br>Date(s) debt was incurred  **12/2016**<br>Last 4 digits of account number  **0319** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **DSV AIR & SEA INC.**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$23,917.65** |

| 3.9 | Nonpriority creditor's name and mailing address<br>**AMERICAN EXPRESS**<br>**PO BOX 0001**<br>**Los Angeles, CA 90096**<br><br>Date(s) debt was incurred  **2/2017**<br>Last 4 digits of account number  **1001** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **CREDIT CARD**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,371.87** |

| 3.10 | Nonpriority creditor's name and mailing address<br>**AMERICAN EXPRESS**<br>**PO BOX 0001**<br>**Los Angeles, CA 90096**<br><br>Date(s) debt was incurred  **7/2016**<br>Last 4 digits of account number  **1000** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **CREDIT CARD**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$6,395.35** |

| 3.11 | Nonpriority creditor's name and mailing address<br>**AMERICAN METALS**<br>**525 S. SEQUOIA PARKWAY**<br>**Canby, OR 97013**<br><br>Date(s) debt was incurred  **12/2016**<br>Last 4 digits of account number  **2435** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **TRADE DEBT**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$87,726.52** |

| 3.12 | Nonpriority creditor's name and mailing address<br>**AMERICAN WATER WORKS ASSOCIATION**<br>**6666 W. QUINCY AVENUE**<br>**Denver, CO 80235-3098**<br><br>Date(s) debt was incurred  **3/2016**<br>Last 4 digits of account number  **7780** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **TRADE DEBT**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,506.00** |

Debtor     **PACIFIC COAST FLANGE, INC.**                                    Case number *(if known)*    **17-50643**
           Name

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$430.00** |
|---|---|---|---|

**AMERICAN WELDING SOCIETY**
**8669 NW 36TH STREET, SUITE 130**
**Miami, FL 33166-6672**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/2015**

Basis for the claim:  **TRADE DEBT**

Last 4 digits of account number  **1376**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,791.47** |
|---|---|---|---|

**AMERIGAS**
**4501 GONI ROAD**
**Carson City, NV 89706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/2016**

Basis for the claim:  **TRADE DEBT**

Last 4 digits of account number  **1530**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,492.54** |
|---|---|---|---|

**AMERIPRIDE**
**958 UNITED CIRCLE**
**Sparks, NV 89431**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2016**

Basis for the claim:  **TRADE DEBT**

Last 4 digits of account number  **3541**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$179,000.00** |
|---|---|---|---|

**AMERISOURCE FUNDING, INC.**
**970 RESERVE DRIVE, SUITE 122**
**Roseville, CA 95678**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **_**

Basis for the claim:  **TRADE DEBT**

Last 4 digits of account number  **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**API INTERNATIONAL, INC.**
**12505 SW HERMAN ROAD**
**Tualatin, OR 97062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/2016**

Basis for the claim:  **TRADE DEBT**

Last 4 digits of account number  **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,507.82** |
|---|---|---|---|

**ARTISTIC FENCE**
**5740 US-50**
**Carson City, NV 89701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/2016**

Basis for the claim:  **TRADE DEBT**

Last 4 digits of account number  **4044**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,658.07** |
|---|---|---|---|

**AT&T MOBILITY**
**PO BOX 515188**
**Los Angeles, CA 90051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **_**

Basis for the claim:  **TELEPHONE SERVICE**

Last 4 digits of account number  **_**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **PACIFIC COAST FLANGE, INC.**                              Case number (if known)   **17-50643**
     Name

| | | |
|---|---|---|
| **3.20** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $5,582.56 |
| | **BAKER, GOVERN & BAKER INC.**<br>**7771 W. OAKLAND PARK BOULEVARD,**<br>**STE. 150**<br>**ATRIUM WEST BUILDING**<br>**Fort Lauderdale, FL 33351** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** OLD DOMINION FREIGHT LINE DEBT |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.21** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $9,379.89 |
| | **BANK OF AMERICA**<br>**PO BOX 15796**<br>**Wilmington, DE 19886** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred  **4/2017** | **Basis for the claim:** CREDIT CARD |
| | Last 4 digits of account number  **8995** | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.22** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $1,884.45 |
| | **BEST LIFE**<br>**17701 MITCHELL N**<br>**Irvine, CA 92614** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred  **4/2017** | **Basis for the claim:** TRADE DEBT |
| | Last 4 digits of account number  **2140** | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.23** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $1,500.00 |
| | **BETTER BUSINESS BUREAU**<br>**4834 SPARKS BOULEVARD, SUITE 102**<br>**Sparks, NV 89436** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred  **5/2016** | **Basis for the claim:** TRADE DEBT |
| | Last 4 digits of account number  **1493** | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.24** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $4,335.00 |
| | **BNSF LOGISTICS, LLC**<br>**1600 LAKESIDE PARKWAY, SUITE 100**<br>**Flower Mound, TX 75028** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred  **4/2016** | **Basis for the claim:** TRADE DEBT |
| | Last 4 digits of account number  **8506** | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.25** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. Unknown |
| | **BUCHALTER**<br>**55 2ND STREET, 17TH FLOOR**<br>**San Francisco, CA 94105-3493** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** TRADE DEBT |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.26** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $64,839.81 |
| | **CAB INCORPORATED**<br>**5411 COLE ROAD NE**<br>**Buford, GA 30518** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred  **2/2016** | **Basis for the claim:** TRADE DEBT |
| | Last 4 digits of account number  **32IN** | Is the claim subject to offset? ■ No ☐ Yes |

Debtor   **PACIFIC COAST FLANGE, INC.**       Case number (if known)   **17-50643**

Name

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**CAPITAL ADVANCE SERVICES LLC**
**1715 STATE ROUTE 35, SUITE 302**
**Middletown, NJ 07748**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **TRADE DEBT**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$275.00** |
|---|---|---|---|

**CARSON CITY CHAMBER OF COMMERCE**
**1900 S. CARSON STREET**
**Carson City, NV 89701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/2015**

Basis for the claim:  **TRADE DEBT**

Last 4 digits of account number  **9128**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$789.76** |
|---|---|---|---|

**CARSON CITY LANDFILL DEVELOPMENT**
**SERVICE**
**3600 FLINT DRIVE**
**Carson City, NV 89701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/2016**

Basis for the claim:  **TRADE DEBT**

Last 4 digits of account number  **0286**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$730.66** |
|---|---|---|---|

**CARSON CITY TIRE PROS**
**119 HOT SPRINGS ROAD**
**Carson City, NV 89706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/2016**

Basis for the claim:  **TRADE DEBT**

Last 4 digits of account number  **6777**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$120.00** |
|---|---|---|---|

**CAVALLERO HEATING & AIR COND., INC.**
**5541 US-50**
**Carson City, NV 89701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/2016**

Basis for the claim:  **TRADE DEBT**

Last 4 digits of account number  **0057**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$22,922.83** |
|---|---|---|---|

**CENTRAL FREIGHT LINES, INC.**
**2401 E. 5TH STREET**
**Reno, NV 89512**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/2016**

Basis for the claim:  **TRADE DEBT**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,253.91** |
|---|---|---|---|

**CHARTER BUSINESS**
**400 ATLANTIC STREET, 10TH FLOOR**
**Stamford, CT 06901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/2017**

Basis for the claim:  **SERVICE**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **PACIFIC COAST FLANGE, INC.** | Case number (if known) | **17-50643** |
|---|---|---|---|
| | Name | | |

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,390.76 |
|---|---|---|---|

**CISCO AIR SYSTEMS**
**214 27TH STREET**
**Sacramento, CA 95816**

Date(s) debt was incurred  **2/2016**
Last 4 digits of account number  **5407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **TRADE DEBT**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $378.59 |
|---|---|---|---|

**CLANCY MACHINE & TOOL INC.**
**3055 OSGOOD COURT**
**Fremont, CA 94539**

Date(s) debt was incurred  **7/2016**
Last 4 digits of account number  **9973**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **TRADE DEBT**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $270,000.00 |
|---|---|---|---|

**CLANCY MACHINE TOOL, INC.**
**3942 VALLEY AVENUE, BUILDING K**
**Pleasanton, CA 94566**

Date(s) debt was incurred  _
Last 4 digits of account number  **0061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **TRADE DEBT**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**CORPORATION SERVICE COMPANY**
**PO BOX 2576**
**Springfield, IL 62708-2576**

Date(s) debt was incurred  _
Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **TRADE DEBT**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**CRYSTAL FUNDING GROUP**
**80 BROAD STREET, 7TH FLOOR**
**New York, NY 10004**

Date(s) debt was incurred  _
Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **TRADE DEBT**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**CT LIEN SOLUTIONS**
**PO BOX 29071**
**Glendale, CA 91209-9071**

Date(s) debt was incurred  _
Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **TRADE DEBT**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**DENNIS A. RINEARSON**
**1015 SUNSET DRIVE**
**Dixon, CA 95620**

Date(s) debt was incurred  _
Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **TRADE DEBT**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **PACIFIC COAST FLANGE, INC.**
Name

Case number (if known)    **17-50643**

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,800.00** |
|---|---|---|---|

**DODSON GLOBAL, INC.**
5650 E. PONCE DE LEON AVENUE
Stone Mountain, GA 30083

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __TRADE DEBT__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$23,917.65** |
|---|---|---|---|

**DSV AIR & SEA INC**
C/O ALLEN MAXWELL & SILVER
PO BOX 540
Fair Lawn, NJ 07410

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __TRADE DEBT__

Last 4 digits of account number  0319

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$478.46** |
|---|---|---|---|

**DYNATEK**
2191 MENDENHALL, SUITE 105
North Las Vegas, NV 89081

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  9/2016

Basis for the claim:  __TRADE DEBT__

Last 4 digits of account number  0076

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**EBF PARTNERS LLC**
5 WEST 37TH STREET
2ND FLOOR
New York, NY 10018

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Notice Only__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$96,600.00** |
|---|---|---|---|

**EVEREST BUSINESS FUNDING**
5 W. 37TH STREET, 2ND FLOOR
New York, NY 10018

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/2016

Basis for the claim:  __TRADE DEBT__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**EXPRESS FUNDING CORP.**
8310 17TH AVENUE
Brooklyn, NY 11214

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __TRADE DEBT__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$185.54** |
|---|---|---|---|

**FASTENAL**
2001 THEURER BOULEVARD
Winona, MN 55987

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/2016

Basis for the claim:  __TRADE DEBT__

Last 4 digits of account number  3007

Is the claim subject to offset? ☒ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **PACIFIC COAST FLANGE, INC.** | Case number *(if known)* | **17-50643** |
|---|---|---|---|
| | Name | | |

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27,497.62 |
|---|---|---|---|
| | **FED EX FREIGHT**<br>**PO BOX 10306**<br>**Palatine, IL 60055** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  3/2017 | Basis for the claim:  **SHIPPING COSTS** | |
| | Last 4 digits of account number  2243 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $251.39 |
|---|---|---|---|
| | **FEDERAL EXPRESS**<br>**7900 LEGACY DRIVE**<br>**Plano, TX 75024** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  9/2016 | Basis for the claim:  **SHIPPING COSTS** | |
| | Last 4 digits of account number  8906 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,104.38 |
|---|---|---|---|
| | **FEMCO INC.**<br>**7142 BELGRAVE AVENUE**<br>**Garden Grove, CA 92841** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  5/2016 | Basis for the claim:  **TRADE DEBT** | |
| | Last 4 digits of account number  6023 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **FIRST CHOICE COFFEE & WATER**<br>**SERVICES**<br>**7525 COLBERT DRIVE, SUITE 105**<br>**Reno, NV 89511** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  11/2015 | Basis for the claim:  **SUPPLIES** | |
| | Last 4 digits of account number  7857 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **FIRST CORPORATE SOLUTIONS**<br>**914 S STREET**<br>**Sacramento, CA 95814** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  _ | Basis for the claim:  **TRADE DEBT** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $552,136.43 |
|---|---|---|---|
| | **FIRST NORTHERN BANK**<br>**195 N. FIRST STREET**<br>**Dixon, CA 95620** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  4/2017 | Basis for the claim:  **TRADE DEBT** | |
| | Last 4 digits of account number  1901;3140;1901 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $103,105.06 |
|---|---|---|---|
| | **FIRST NORTHERN BANK**<br>**195 N. FIRST STREET**<br>**Dixon, CA 95620** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  _ | Basis for the claim:  **TRADE DEBT** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **PACIFIC COAST FLANGE, INC.** | Case number (if known) | **17-50643** |
|---|---|---|---|
| | Name | | |

---

**3.55** | Nonpriority creditor's name and mailing address
**FIRST NORTHERN BANK**
**195 N. FIRST STREET**
**95620**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.　**$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __OVERDRAWN CHECKING ACCOUNT__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.56** | Nonpriority creditor's name and mailing address
**FLYERS ENERGY, LLC**
**2360 LINDBERGH STREET**
**Auburn, CA 95602**

Date(s) debt was incurred __1/2017__
Last 4 digits of account number __2547__

As of the petition filing date, the claim is: Check all that apply.　**$930.55**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __TRADE DEBT__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.57** | Nonpriority creditor's name and mailing address
**FORWARD FINANCING**
**36 BROMFIELD STREET, SUITE 210-212**
**Boston, MA 02108**

Date(s) debt was incurred __11/2016__
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.　**$255,762.50**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __TRADE DEBT__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.58** | Nonpriority creditor's name and mailing address
**FREIGHT ENGINEERS**
**2376 black oak way**
**Ashland, OR 97520**

Date(s) debt was incurred __11/2016__
Last 4 digits of account number __8987__

As of the petition filing date, the claim is: Check all that apply.　**$2,900.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __TRADE DEBT__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.59** | Nonpriority creditor's name and mailing address
**FRISA FORJADOS, SA DE CV**
**PO BOX 671256**
**Dallas, TX 75267-1256**

Date(s) debt was incurred __7/2016__
Last 4 digits of account number __7232__

As of the petition filing date, the claim is: Check all that apply.　**$100,101.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __TRADE DEBT__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.60** | Nonpriority creditor's name and mailing address
**G&J SEIBERLICH**
**183 BUTCHER ROAD, SUITE A**
**Vacaville, CA 95687**

Date(s) debt was incurred __5/2016__
Last 4 digits of account number __4295__

As of the petition filing date, the claim is: Check all that apply.　**$14,142.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __TRADE DEBT__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.61** | Nonpriority creditor's name and mailing address
**GATEWAY ACCEPTANCE COMPANY**
**2255 CONTRA COSTA BLVD., SUITE 300**
**Pleasant Hill, CA 94523**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.　**$600,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __TRADE DEBT__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **PACIFIC COAST FLANGE, INC.**
Name

Case number (if known)    **17-50643**

| | |
|---|---|
| 3.62 | **Nonpriority creditor's name and mailing address** |

**HARTMAN STEEL, INC.**
**C/O FAHRENDORF, VILORIA, OLIPHANT &**
**OSTER LLP**
**327 CALIFORNIA AVENUE**
**Reno, NV 89509**

Date(s) debt was incurred  **2/2016**

Last 4 digits of account number  **2399**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **TRADE DEBT**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.63 | **Nonpriority creditor's name and mailing address** |

**HAWKINS HEATING & AIR**
**2224 CLEARVIEW**
**Carson City, NV 89701**

Date(s) debt was incurred  **8/2016**

Last 4 digits of account number  **4646**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **TRADE DEBT**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,843.00**

---

| | |
|---|---|
| 3.64 | **Nonpriority creditor's name and mailing address** |

**HOLMES MURPHY & ASSOC.**
**PO BOX 9207**
**Des Moines, IA 50306-9207**

Date(s) debt was incurred  **4/2017**

Last 4 digits of account number  **4748**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **TRADE DEBT**

Is the claim subject to offset? ■ No  ☐ Yes

**$4,255.77**

---

| | |
|---|---|
| 3.65 | **Nonpriority creditor's name and mailing address** |

**HOME DEPOT**
**PO BOX 790420**
**Saint Louis, MO 63179**

Date(s) debt was incurred  **4/2017**

Last 4 digits of account number  **2398**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CREDIT CARD**

Is the claim subject to offset? ■ No  ☐ Yes

**$798.70**

---

| | |
|---|---|
| 3.66 | **Nonpriority creditor's name and mailing address** |

**HYDRAULIC INDUSTRIAL SERVICES**
**5248 HWY 50**
**Carson City, NV 89701**

Date(s) debt was incurred  **5/2016**

Last 4 digits of account number  **9507**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **TRADE DEBT**

Is the claim subject to offset? ■ No  ☐ Yes

**$60.69**

---

| | |
|---|---|
| 3.67 | **Nonpriority creditor's name and mailing address** |

**INDUSTRIAL EQUIPMENT CAPITAL, LLC**
**2884 PEYTON ROAD**
**La Verne, CA 91750**

Date(s) debt was incurred  _

Last 4 digits of account number  **9464**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **TRADE DEBT**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| | |
|---|---|
| 3.68 | **Nonpriority creditor's name and mailing address** |

**ISU HENKES WELSH AGENCY**
**PO BOX 11455**
**Reno, NV 89510-1145**

Date(s) debt was incurred  **2/2016**

Last 4 digits of account number  **8995**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **TRADE DEBT**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,259.00**

---

| Debtor | **PACIFIC COAST FLANGE, INC.** | Case number (if known) | **17-50643** |
|---|---|---|---|
| | Name | | |

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$13,700.00** |
|---|---|---|---|

**J.C.'S XPRESS, INC.**
**630 WALTHAM WAY**
**Sparks, NV 89434**

Date(s) debt was incurred **7/2015**

Last 4 digits of account number **3108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **TRADE DEBT**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,898.86** |
|---|---|---|---|

**JACQUET WEST**
**191 SOUTH KEIM STREET, SUITE 108**
**Pottstown, PA 19464**

Date(s) debt was incurred **1/2016**

Last 4 digits of account number **2874**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **TRADE DEBT**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$17,050.00** |
|---|---|---|---|

**JAMES BLUEBERG**
**4841 FRANKTOWN ROAD**
**Washoe Valley, NV 89704**

Date(s) debt was incurred **3/2017**

Last 4 digits of account number **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **UNPAID RENT**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$24,487.66** |
|---|---|---|---|

**JLM INDUSTRIAL SUPPLY, INC.**
**955 S. MCCARRAN BOULEVARD, SUITE 102**
**Sparks, NV 89431**

Date(s) debt was incurred **10/2016**

Last 4 digits of account number **8101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **TRADE DEBT**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$226.53** |
|---|---|---|---|

**JRB MACHINE LLC**
**2542 BUSINESS PARKWAY, SUITE 3**
**Minden, NV 89423**

Date(s) debt was incurred **8/2016**

Last 4 digits of account number **1629**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **TRADE DEBT**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,050.00** |
|---|---|---|---|

**KELLY PIPE CO., LLC**
**11680 BLOOMFIELD AVENUE**
**PO BOX 2827**
**Santa Fe Springs, CA 90670**

Date(s) debt was incurred **1/2017**

Last 4 digits of account number **4154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **TRADE DEBT**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$446.60** |
|---|---|---|---|

**LES SCHWAB**
**3020 S. CARSON STREET**
**Carson City, NV 89701**

Date(s) debt was incurred **6/2016**

Last 4 digits of account number **3885**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **TRADE DEBT**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **PACIFIC COAST FLANGE, INC.** | Case number (if known) | **17-50643** |
|---|---|---|---|

---

**3.76** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$608.20**

**LOCKWOOD-MOORE, INC.**
754 KUENZLI STREET
Reno, NV 89502

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  8/2016

Basis for the claim:  TRADE DEBT

Last 4 digits of account number  2396

Is the claim subject to offset? ■ No ☐ Yes

---

**3.77** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**LOWE'S**
PO BOX 1111
North Wilkesboro, NC 28656

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  CREDIT CARD

Last 4 digits of account number  0591

Is the claim subject to offset? ■ No ☐ Yes

---

**3.78** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$32,042.00**

**LYNCO FLANGE & FITTINGS**
5114 STEADMONT DRIVE
Houston, TX 77040

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/2016

Basis for the claim:  TRADE DEBT

Last 4 digits of account number  0901

Is the claim subject to offset? ■ No ☐ Yes

---

**3.79** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$579.92**

**LYON COUNTY UTILITIES**
PO BOX 1699
Dayton, NV 89403

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/2016

Basis for the claim:  UTILITIES

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.80** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$720.00**

**MANUFACTURERS' NEWS, INC.**
1633 CENTRAL STREET
Evanston, IL 60201-1569

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/2016

Basis for the claim:  TRADE DEBT

Last 4 digits of account number  0527

Is the claim subject to offset? ■ No ☐ Yes

---

**3.81** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,112.23**

**MOUND HOUSE TRUE VALUE HARDWARE**
10189 HWY 50 EAST
Carson City, NV 89706

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/2016

Basis for the claim:  TRADE DEBT

Last 4 digits of account number  0070

Is the claim subject to offset? ■ No ☐ Yes

---

**3.82** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,096.37**

**MSC INDUSTRIAL SUPPLY CO., INC.**
DEPT. CH 0075
Mount Prospect, IL 60056-0075

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  7/2016

Basis for the claim:  TRADE DEBT

Last 4 digits of account number  0989

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **PACIFIC COAST FLANGE, INC.**

Name

Case number (if known)    **17-50643**

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $323.81 |
|---|---|---|---|

**NAPA**
**1882 HWY 50 EAST**
**Carson City, NV 89701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/2016**

Basis for the claim:  **TRADE DEBT**

Last 4 digits of account number  **9871**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $610.61 |
|---|---|---|---|

**NAYLOR (CANADA)**
**SUITE 300 1630 NESS AVENUE**
**WINNIPEG, MANITOBA R3J 3X1**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/2017**

Basis for the claim:  **TRADE DEBT**

Last 4 digits of account number  **0020**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,252.51 |
|---|---|---|---|

**NAYLOR PUBLICATIONS INC.**
**PO BOX 847865**
**Dallas, TX 75284-7865**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/2016**

Basis for the claim:  **TRADE DEBT**

Last 4 digits of account number  **0019**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,417.00 |
|---|---|---|---|

**NEVADA MANUFACTURERS DIRECTORY**
**1633 CENTRAL**
**Evanston, IL 60201-1569**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/2015**

Basis for the claim:  **TRADE DEBT**

Last 4 digits of account number  **4445**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $337,894.44 |
|---|---|---|---|

**NEVADA STATE DEVELOPMENT CORP**
**6572 S. MCCARRAN BLVD.**
**Reno, NV 89509**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim:  **SBA LOAN**

Last 4 digits of account number  **6001**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $516.25 |
|---|---|---|---|

**NEVADA TOOL GRINDING**
**PO BOX 22089**
**Carson City, NV 89721**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/2017**

Basis for the claim:  **TRADE DEBT**

Last 4 digits of account number  **7591**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $891.50 |
|---|---|---|---|

**NORM LAMARSNA**
**2902 LONGSPUR DRIVE**
**Fullerton, CA 92835**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/2017**

Basis for the claim:  **UNPAID RENT**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **PACIFIC COAST FLANGE, INC.** | Case number (if known) | **17-50643** |
|---|---|---|---|
| | Name | | |

---

**3.90** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,067.50**

**NORTH AMERICAN COMPANY FOR LIFE INSURANCE**
525 W. VAN BUREN
Chicago, IL 60607

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/2015**

Basis for the claim:  **LIFE INSURANCE**

Last 4 digits of account number  **6320**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.91** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$65.00**

**NORTHERN NEVADA MEDICAL GROUP**
2345 E. PRATER WAY, SUITE 207
Sparks, NV 89434-9629

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/2016**

Basis for the claim:  **MEDICAL DEBT**

Last 4 digits of account number  **3965**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.92** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$115,575.00**

**NUGROWTH CAPITAL**
1 BLUE HILL PLAZA, SUITE 1514
Pearl River, NY 10965

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/2016**

Basis for the claim:  **TRADE DEBT**

Last 4 digits of account number  **0916**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.93** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,504.81**

**NV ENERGY**
PO BOX 30065
Reno, NV 89520

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/2017**

Basis for the claim:  **UTILITIES**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.94** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**NY RESTRAINING NOTICE / CAP CALL LLC**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **TRADE DEBT**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.95** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,783.27**

**OAK HARBOR FREIGHT LINES**
PO BOX 1469
Auburn, WA 98071-1469

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/2016**

Basis for the claim:  **SHIPPING COSTS**

Last 4 digits of account number  **0820**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.96** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,334.00**

**OKLAHOMA FORGE, INC.**
PO BOX 701500
Tulsa, OK 74170-1500

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/2016**

Basis for the claim:  **TRADE DEBT**

Last 4 digits of account number  **3233**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **PACIFIC COAST FLANGE, INC.** | Case number (if known) | **17-50643** |
|---|---|---|---|
| | Name | | |

| 3.97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,847.64** |
|---|---|---|---|
| | **OLD DOMINION FREIGHT LINE, INC.**<br>**PO BOX 742296**<br>**Los Angeles, CA 90074-2296** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  12/2016 | Basis for the claim:  **SHIPPING COSTS** | |
| | Last 4 digits of account number  5951 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$57.84** |
|---|---|---|---|
| | **OREILLY AUTO**<br>**PO BOX 9464**<br>**Springfield, MO 65801-9464** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  1/2016 | Basis for the claim:  **TRADE DEBT** | |
| | Last 4 digits of account number  5649 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,253.49** |
|---|---|---|---|
| | **ORORA NORTH AMERICA**<br>**C/O LAW OFFICES OF BRIAN J. FERBER,**<br>**INC.**<br>**5611 FALLBROOK AVENUE**<br>**Woodland Hills, CA 91367** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  _ | Basis for the claim:  **TRADE DEBT** | |
| | Last 4 digits of account number  9105 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$219,500.00** |
|---|---|---|---|
| | **PACIFIC COAST FLANGE PROPERTIES LLC**<br>**45 STOKES DRIVE**<br>**Carson City, NV 89706** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  _ | Basis for the claim:  **TRADE DEBT** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.101 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$178,815.85** |
|---|---|---|---|
| | **PACIFIC COAST FLANGE PROPERTIES,**<br>**LLC**<br>**45 STOKES DR.**<br>**Carson City, NV 89701** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  _ | Basis for the claim:  **Unpaid Rent** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$583.55** |
|---|---|---|---|
| | **PACIFIC INTERNET**<br>**105 W. CLAY STREET**<br>**Ukiah, CA 95482** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  7/2016 | Basis for the claim:  **TRADE DEBT** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,753.40** |
|---|---|---|---|
| | **PDM STEEL SERVICE CENTERS, INC.**<br>**1250 KLEPPE LANE**<br>**Sparks, NV 89431-0430** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  8/2016 | Basis for the claim:  **TRADE DEBT** | |
| | Last 4 digits of account number  7101 | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **PACIFIC COAST FLANGE, INC.** | Case number (if known) | **17-50643** |
|---|---|---|---|
| | Name | | |

| 3.104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,783.00** |
|---|---|---|---|

**PERRY DAVIS**
**792 S. SUTRO TERRACE**
**Carson City, NV 89706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2017**

Basis for the claim:  **UNPAID RENT**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$38,224.00** |
|---|---|---|---|

**PIPING PRODUCTS INC.**
**1681 KRESS STREET**
**Houston, TX 77020-8126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/2016**

Last 4 digits of account number  **3201**

Basis for the claim:  **TRADE DEBT**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,062.05** |
|---|---|---|---|

**PITNEY BOWES**
**PO BOX 371874**
**Pittsburgh, PA 15250-7874**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/2017**

Last 4 digits of account number  **7466**

Basis for the claim:  **TRADE DEBT**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,666.53** |
|---|---|---|---|

**REDDAWAY**
**PO BOX 1300**
**Tualatin, OR 97062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/2016**

Last 4 digits of account number  **8647**

Basis for the claim:  **TRADE DEBT**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,812.30** |
|---|---|---|---|

**REPUBLIC INDEMNITY**
**PO BOX 31001-2174**
**Pasadena, CA 91110-2174**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/2017**

Last 4 digits of account number  **2530**

Basis for the claim:  **TRADE DEBT**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$172.99** |
|---|---|---|---|

**SAFEGUARD**
**PO BOX 88043**
**Chicago, IL 60680-1043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/2016**

Last 4 digits of account number  **9124**

Basis for the claim:  **TRADE DEBT**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,442.20** |
|---|---|---|---|

**SAFETY-KLEEN**
**C/O ADAMS, LONDON & WEISS LLC**
**PO BOX 37428**
**Houston, TX 77237-0428**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/2015**

Last 4 digits of account number  **9378**

Basis for the claim:  **TRADE DEBT**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **PACIFIC COAST FLANGE, INC.**
Name

Case number *(if known)*   **17-50643**

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,672.85 |

**SAIA MOTOR FREIGHT LINE, INC.**
PO BOX 730532
**Dallas, TX 75373-0532**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **11/2014**

**Basis for the claim: SHIPPING COSTS**

Last 4 digits of account number **5584**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**SAMUEL, SON & CO. INC.**
C/O GUILD, GALLAGHER & FULLER, LTD.
100 W. LIBERTY STREET, SUITE 800
**Reno, NV 89501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **7/2016**

**Basis for the claim: TRADE DEBT**

Last 4 digits of account number **7802**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,630.03 |

**SELWAY MACHINE TOOL CO.**
29250 UNION CITY
**Union City, CA 94587-1209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **4/2016**

**Basis for the claim: TRADE DEBT**

Last 4 digits of account number **6405**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $99.00 |

**SIERRA COMPUTERS AND TRAINING**
1900 VASSAR STREET
**Reno, NV 89502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/2016**

**Basis for the claim: TRADE DEBT**

Last 4 digits of account number **8859**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,131.38 |

**SIERRA HEALTH & LIFE**
2720 N. TENAYA WAY, 4TH FLOOR
**Las Vegas, NV 89128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **4/2017**

**Basis for the claim: INSURANCE**

Last 4 digits of account number **8498**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $444.27 |

**SIRIUS XM RADIO INC.**
PO BOX 78054
**Phoenix, AZ 85062-8054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/2015**

**Basis for the claim: TRADE DEBT**

Last 4 digits of account number **4092**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,828.00 |

**SOLIDCAM**
4250 ALAFAYA TRAIL, SUITE 212-152
**Oviedo, FL 32765**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **4/2017**

**Basis for the claim: TRADE DEBT**

Last 4 digits of account number **7297**

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor **PACIFIC COAST FLANGE, INC.**                    Case number (if known)    **17-50643**

Name

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,512.96 |
|---|---|---|---|

**SOUTHWEST GAS**
**PO BOX 98890**
**Las Vegas, NV 89193-8890**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2/2017__

Basis for the claim: __UTILITIES__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,657.86 |
|---|---|---|---|

**STANLEY CONVERGENT SECURITY**
**SOLUTIONS**
**DEPT. CH 10651**
**Palatine, IL 60055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __12/2015__

Basis for the claim: __TRADE DEBT__

Last 4 digits of account number __4905__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $169.87 |
|---|---|---|---|

**STAPLES**
**PO BOX 790439**
**Saint Louis, MO 63179**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __4/2017__

Basis for the claim: __CREDIT CARD__

Last 4 digits of account number __8607__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $559.71 |
|---|---|---|---|

**STAPLES BUSINESS ADVANTAGE**
**DEPT. LA**
**PO BOX 83689**
**Chicago, IL 60696**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2/2017__

Basis for the claim: __CREDIT CARD__

Last 4 digits of account number __4992__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,086.85 |
|---|---|---|---|

**STAPLES CONTRACT AND COMMERCIAL**
**PO BOX 414524**
**Boston, MA 02241-4524**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __8/2016__

Basis for the claim: __CREDIT CARD__

Last 4 digits of account number __6091__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,040.00 |
|---|---|---|---|

**STI/SPFA**
**9440 DONATA COURT**
**Lake Zurich, IL 60047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2/2016__

Basis for the claim: __TRADE DEBT__

Last 4 digits of account number __1836__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,920.00 |
|---|---|---|---|

**TEXAS FLANGE & FITTING SUPPLY**
**PO BOX 2889**
**Pearland, TX 77588**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __7/2016__

Basis for the claim: __TRADE DEBT__

Last 4 digits of account number __8647__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **PACIFIC COAST FLANGE, INC.**                                    Case number (if known)    **17-50643**
          Name

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,830.25 |
|---|---|---|---|

**TOWER COLLATERAL SOLUTIONS**
**10888 AVENIDA SANTA ANA**
**Boca Raton, FL 33498**

Date(s) debt was incurred  12/2016

Last 4 digits of account number  2016

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **TRADE DEBT**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $347.00 |
|---|---|---|---|

**TRUE YELLOW PAGES DIRECTORY**
**10624 S. EASTERN AVENUE, SUITE A**
**Reno, NV 89502**

Date(s) debt was incurred  2/2017

Last 4 digits of account number  1885

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **TRADE DEBT**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**UCC DIRECT SERVICES**
**2727 ALLEN PARKWAY, SUITE 1000**
**Houston, TX 77019**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **TRADE DEBT**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,226.20 |
|---|---|---|---|

**ULINE**
**PO BOX 88741**
**Chicago, IL 60680-1741**

Date(s) debt was incurred  2/2017

Last 4 digits of account number  1885

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **TRADE DEBT**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,419.31 |
|---|---|---|---|

**UNITED RENTALS/NV**
**PO BOX 100711**
**Atlanta, GA 30384-0711**

Date(s) debt was incurred  2/2016

Last 4 digits of account number  3001

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **TRADE DEBT**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $218.08 |
|---|---|---|---|

**UPS FREIGHT**
**PO BOX 730900**
**Dallas, TX 75373-0900**

Date(s) debt was incurred  2/2017

Last 4 digits of account number  1645

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SHIPPING COSTS**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $934.88 |
|---|---|---|---|

**US BANK**
**PO BOX 7990448**
**Saint Louis, MO 63179-0448**

Date(s) debt was incurred  2/2017

Last 4 digits of account number  8913

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **COPIER LEASE**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **PACIFIC COAST FLANGE, INC.** | Case number (if known) | **17-50643** |
|---|---|---|---|
| | Name | | |

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**US BANK EQUIPMENT FINANCE**
**13010 SW 68TH PARKWAY, SUITE 100**
**Portland, OR 97223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **TRADE DEBT**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,571.00** |
|---|---|---|---|

**USA PALLET DEPOT**
**PO BOX  7764**
**Reno, NV 89510**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/2017**

Last 4 digits of account number  **6421**

Basis for the claim:  **TRADE DEBT**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,301.15** |
|---|---|---|---|

**USF REDDAWAY**
**26401 NETWORK PLACE**
**Chicago, IL 60673-1264**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/2016**

Last 4 digits of account number  **0201**

Basis for the claim:  **SHIPPING COSTS**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,491.67** |
|---|---|---|---|

**UTI, UNITED STATES, INC.**
**26838 NETWORK PLACE**
**CHICAGO, IL 60673-1268**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/2016**

Last 4 digits of account number  **2811**

Basis for the claim:  **TRADE DEBT**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,872.50** |
|---|---|---|---|

**VAL-FIT, INC.**
**DEPT. LA 24020**
**Pasadena, CA 91185-4020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/2016**

Last 4 digits of account number  **1569**

Basis for the claim:  **TRADE DEBT**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$72,450.00** |
|---|---|---|---|

**VICEROY CAPITAL FUNDING**
**40 WALL STREET, 28TH FLOOR**
**New York, NY 10005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/2017**

Last 4 digits of account number  **001**

Basis for the claim:  **TRADE DEBT**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,186.35** |
|---|---|---|---|

**VISION SERVICE PLAN**
**PO BOX 45210**
**San Francisco, CA 94145-5210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/2016**

Last 4 digits of account number  _

Basis for the claim:  **TRADE DEBT**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **PACIFIC COAST FLANGE, INC.** | Case number (if known) | **17-50643** |
|---|---|---|---|
| | Name | | |

---

| 3.139 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,275.10** |
|---|---|---|---|

**WASTE MANAGEMENT**
**PO BOX 541065**
**Los Angeles, CA 90054-1065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/2016**

**Basis for the claim:  UTILITIES**

Last 4 digits of account number  **1671**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$98.74** |
|---|---|---|---|

**WEDCO INC.**
**PO BOX 1131**
**Reno, NV 89504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/2016**

**Basis for the claim:  TRADE DEBT**

Last 4 digits of account number  **6013**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$260,581.15** |
|---|---|---|---|

**WELLS FARGO BANK, N.A.**
**SBC 504 PROGRAM**
**9062 OLD ANNAPOLIS ROAD**
**MAC: R1204-010**
**Columbia, MD 21045-1951**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **_**

**Basis for the claim:  TRADE DEBT**

Last 4 digits of account number  **6001**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$372,972.26** |
|---|---|---|---|

**WELLS FARGO BANK, N.A.**
**SBA 504 PROGRAM**
**9062 OLD ANNAPOLIS ROAD**
**MAC: R1204-010**
**Columbia, MD 21045-1951**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **_**

**Basis for the claim:  SBA LOAN**

Last 4 digits of account number  **6006**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,980.00** |
|---|---|---|---|

**WEST COAST METALS GROUP**
**2455 NW NICOLAI STREET, SUITE B**
**Portland, OR 97210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/2016**

**Basis for the claim:  TRADE DEBT**

Last 4 digits of account number  **7250**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50.27** |
|---|---|---|---|

**WESTERN NEVADA SUPPLY**
**950 S. ROCK BOULEVARD**
**Sparks, NV 89431**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/2015**

**Basis for the claim:  TRADE DEBT**

Last 4 digits of account number  **1431**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,074.46** |
|---|---|---|---|

**WESTERN TOOL & SUPPLY COMPANY**
**PO BOX 2420**
**Livermore, CA 94551-2420**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/2017**

**Basis for the claim:  TRADE DEBT**

Last 4 digits of account number  **0174**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **PACIFIC COAST FLANGE, INC.** | Case number (if known) | **17-50643** |
|---|---|---|---|
| | Name | | |

| 3.146 | **Nonpriority creditor's name and mailing address**<br>**WILOP FORGE & FOUNDRY CO., LTD.**<br>**394 ZHONGNAN ROAD, SUITE 342**<br>**DALIAN CHINA**<br><br>**Date(s) debt was incurred  10/2015**<br>**Last 4 digits of account number  CF15** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  TRADE DEBT<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$378,770.77** |
|---|---|---|---|
| 3.147 | **Nonpriority creditor's name and mailing address**<br>**WINK CPA**<br>**2744 DEL RIO PLACE, SUITE 110**<br>**Davis, CA 95618**<br><br>**Date(s) debt was incurred  2/2017**<br>**Last 4 digits of account number  4181** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  PROFESSIONAL SERVICES<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$980.49** |
| 3.148 | **Nonpriority creditor's name and mailing address**<br>**XPOLOGISTICS**<br>**C/O WEINSTOCK & o'MALLEY**<br>**PO BOX 311**<br>**105 WHITE OAK LANE, 2ND FLOOR**<br>**Old Bridge, NJ 08857-1006**<br><br>**Date(s) debt was incurred  10/2016**<br>**Last 4 digits of account number  6141** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  TRADE DEBT<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$8,464.38** |
| 3.149 | **Nonpriority creditor's name and mailing address**<br>**YRC**<br>**PO BOX 100299**<br>**Pasadena, CA 91189-0299**<br><br>**Date(s) debt was incurred  4/2016**<br>**Last 4 digits of account number  6958** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  TRADE DEBT<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$2,122.92** |

| Part 3: | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **ALLEN MAXWELL & SILVER**<br>**PO BOX 540**<br>**Fair Lawn, NJ 07410** | Line  3.42<br><br>☐  Not listed. Explain ____ | _ |
| 4.2 | **AMERISOURCE FUNDING**<br>**7225 LANGTRY STREET**<br>**Houston, TX 77040** | Line  3.16<br><br>☐  Not listed. Explain ____ | _ |
| 4.3 | **AUSTIN GRAY**<br>**C/O WEYCER KAPLAN PULASKI & ZUBER PC**<br>**11 GREENWAY PLAZA, SUITE 1400**<br>**Houston, TX 77046-1104** | Line  3.41<br><br>☐  Not listed. Explain ____ | 6691 |
| 4.4 | **BAKER, GOVERN & BAKER INC.**<br>**7771 W. OAKLAND PARK BLVD., SUITE 150**<br>**ATRIUM WEST BUILDING**<br>**Fort Lauderdale, FL 33351** | Line  3.97<br><br>☐  Not listed. Explain ____ | _ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **PACIFIC COAST FLANGE, INC.** | Case number (if known) | **17-50643** |
| --- | --- | --- | --- |
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- | --- |
| 4.5 | **BEWLEY, LASSLEBEN & MILLER, LLP**<br>**SUITE 510 WHITTIER SQUARE**<br>**13215 PENN STREET**<br>**Whittier, CA 90602-1797** | Line **3.112**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **CAIN & DANIELS, INC.**<br>**4902 EISENHOWER BLVD., 2ND FLOOR**<br>**Tampa, FL 33634** | Line **3.62**<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | **CAPITAL ADVANCE SERVICES LLC**<br>**1 EVERTRUST PLAZA, SUITE 1401**<br>**Jersey City, NJ 07302** | Line **3.27**<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | **FED EX FREIGHT**<br>**PO BOX 21415**<br>**Pasadena, CA 91185-1415** | Line **3.48**<br><br>☐ Not listed. Explain ____ | _ |
| 4.9 | **FEDERAL EXPRESS**<br>**PO BOX 7221**<br>**Pasadena, CA 91109-7321** | Line **3.49**<br><br>☐ Not listed. Explain ____ | _ |
| 4.10 | **FIRST NORTHERN BANK**<br>**210 STRATFORD AVENUE**<br>**Dixon, CA 95620** | Line **3.53**<br><br>☐ Not listed. Explain ____ | **6942** |
| 4.11 | **GATEWAY**<br>**1310 MADRID STREET**<br>**Marshall, MN 56258** | Line **3.67**<br><br>☐ Not listed. Explain ____ | **9464** |
| 4.12 | **GIBBS GIDEN**<br>**LOCHER TURNER SENET & WITTBRODT LLP**<br>**1880 CENTURY PARK EAST, 12TH FLOOR**<br>**Los Angeles, CA 90067-1621** | Line **3.74**<br><br>☐ Not listed. Explain ____ | _ |
| 4.13 | **GUILD, GALLAGHER & FULLER, LTD.**<br>**PAUL D. QUANDT, ESQ.**<br>**100 W. LIBERTY STREET, SUITE 800**<br>**PO BOX 2838**<br>**Reno, NV 89505** | Line **3.112**<br><br>☐ Not listed. Explain ____ | _ |
| 4.14 | **HARTMAN STEEL, INC.**<br>**8310 N. BRANDON AVENUE**<br>**Portland, OR 97217** | Line **3.62**<br><br>☐ Not listed. Explain ____ | _ |
| 4.15 | **HOWARD M. KAHN, ATTORNEYS AT LAW**<br>**1 NORTHWEST CENTRE**<br>**13831 NORTHWEST FREEWAY, SUITE 650**<br>**Houston, TX 77040** | Line **3.78**<br><br>☐ Not listed. Explain ____ | _ |
| 4.16 | **IPFS CORPORATION**<br>**24722 NETWORK PLACE**<br>**Chicago, IL 60673-1247** | Line **3.64**<br><br>☐ Not listed. Explain ____ | _ |
| 4.17 | **JOSEPH D. FAHRENDORF, ESQ.**<br>**PO BOX 62**<br>**Reno, NV 89504** | Line **3.62**<br><br>☐ Not listed. Explain ____ | _ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **PACIFIC COAST FLANGE, INC.** | Case number (if known) | **17-50643** |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.18 | **LAW OFFICES OF WEINSTOCK & O'MALLEY**<br>**PO BOX 311**<br>**105 WHITE OAK LANE, 2ND FLOOR**<br>**Old Bridge, NJ 08857-1006** | Line **3.148**<br>☐ Not listed. Explain ____ | _ |
| 4.19 | **MARK R. SANDRI**<br>**CHENOWETH LAW GROUP, PC**<br>**510 SW 5TH AVENUE, 5TH FLOOR**<br>**Portland, OR 97204** | Line **3.62**<br>☐ Not listed. Explain ____ | _ |
| 4.20 | **MCA RECOVERY LLC**<br>**KIMBERLY LANDGROVER, ESQ.**<br>**17 STATE STREET, SUITE 4000**<br>**New York, NY 10004** | Line **3.27**<br>☐ Not listed. Explain ____ | _ |
| 4.21 | **NGUYEN & CHEN**<br>**11200 WESTHEIMER, SUITE 120**<br>**Houston, TX 77042** | Line **3.78**<br>☐ Not listed. Explain ____ | _ |
| 4.22 | **OLD DOMINION FREIGHT LINE, INC.**<br>**PO BOX 198475**<br>**Atlanta, GA 30384-8475** | Line **3.8**<br>☐ Not listed. Explain ____ | **7779** |
| 4.23 | **PERFORMANCE MACHINE TOOLS LLC**<br>**3305 EDISON WAY**<br>**Fremont, CA 94538** | Line **3.67**<br>☐ Not listed. Explain ____ | _ |
| 4.24 | **RICHARD G. HILL, LTD.**<br>**652 FOREST STREET**<br>**Reno, NV 89509** | Line **3.8**<br>☐ Not listed. Explain ____ | _ |
| 4.25 | **RICHARD G. HILL, LTD.**<br>**652 FOREST STREET**<br>**Reno, NV 89509** | Line **3.42**<br>☐ Not listed. Explain ____ | _ |
| 4.26 | **SAFETY KLEEN**<br>**PO BOX 7170**<br>**Pasadena, CA 91109-7170** | Line **3.110**<br>☐ Not listed. Explain ____ | _ |
| 4.27 | **SAMUEL, SON & CO., INC.**<br>**24784 NETWORK PLACE**<br>**Chicago, IL 60673-1247** | Line **3.112**<br>☐ Not listed. Explain ____ | _ |
| 4.28 | **THE JACKSON LAW FIRM**<br>**DANIEL W. JACKSON**<br>**3900 ESSEX LANE, SUITE 1116**<br>**Houston, TX 77027** | Line **3.78**<br>☐ Not listed. Explain ____ | _ |
| 4.29 | **XPO LOGISTICS**<br>**PO BOX 5160**<br>**Portland, OR 97208** | Line **3.148**<br>☐ Not listed. Explain ____ | _ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | Total of claim amounts |
|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **PACIFIC COAST FLANGE, INC.**                              Case number (if known)    __17-50643__
          Name

**5a. Total claims from Part 1**                     5a.    $                    19,641.18
**5b. Total claims from Part 2**                     5b.    +    $              4,855,891.44

**5c. Total of Parts 1 and 2**
    Lines 5a + 5b = 5c.                              5c.    $              4,875,532.62

**Fill in this information to identify the case:**

Debtor name    **PACIFIC COAST FLANGE, INC.**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)    **17-50643**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
   ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **PACIFIC COAST FLANGE, INC.**

United States Bankruptcy Court for the:  DISTRICT OF NEVADA

Case number (if known)  **17-50643**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | MICHAEL AND DEBBIE FITE | | WORLD GLOBAL FINANCING INC. | ■ D __2.8__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | MICHAEL AND DEBBIE FITE | | US BANK EQUIPMENT FINANCE | ■ D __2.7__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | MICHAEL AND DEBBIE FITE | | INDUSTRIAL EQUIPMENT CAPITAL, LLC | ■ D __2.6__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | MICHAEL AND DEBBIE FITE | | FIRST NORTHERN BANK | ■ D __2.5__<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | MICHAEL AND DEBBIE FITE | | CROSSROADS FINANCIAL, LLC | ■ D __2.4__<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **PACIFIC COAST FLANGE, INC.** | Case number *(if known)* | **17-50643** |

| | **Additional Page to List More Codebtors** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | Column 2: **Creditor** |

| 2.6 | **MICHAEL AND DEBBIE FITE** | **CORPORATION SERVICE COMPANY** | ■ D ___**2.3**___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.7 | **MICHAEL AND DEBBIE FITE** | **CAP CALL, LLC** | ■ D ___**2.2**___ <br> ☐ E/F _____ <br> ☐ G _____ |