

_____
Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
September 21, 2017

Jeffrey L. Hartman, Esq.,  #1607
**HARTMAN & HARTMAN**
510 West Plumb Lane, Ste. B
Reno, Nevada  89509
Telephone: (775) 324-2800
Fax: (775) 324-1818
notices@bankruptcyreno.com

Attorney for Jeri Coppa-Knudson, Trustee

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

IN RE:

PACIFIC  COAST  FLANGE, INC.,

         Debtor.

_____/

CASE NO.    BK-N-17-50643-btb
CHAPTER    7

**ORDER AUTHORIZING
ABANDONMENT OF EQUIPMENT**

**Orig. Hearing Date:  September 5, 2017
Orig. Hearing Time: 2:00 p.m.**

**Cont. Hearing Date:  September 13, 2017
Cont. Hearing Time: 2:00 p.m.**

      The matter came before the Court on the Motion by Jeri Coppa-Knudson, chapter 7 trustee ("Trustee"), for an order authorizing the sale of personal property, i.e., equipment and inventory ("Sale Motion").  **DE 33**.  The Sale Motion also included a Notice of Intent To Abandon the equipment in the event it was not sold.  The Trustee was present at the hearing and was represented by Jeffrey Hartman.  Daniel Egan and Ted Chrissinger appeared on behalf of secured creditor First Northern Bank of Dixon ("First Northern").  Valerie Bantner Peo appeared by telephone on behalf of secured creditor Crossroads Financial ("Crossroads").  Other appearances, if any were noted on the record.  The Court considered the Sale Motion, together with the Trustee's Declaration in support.  **DE 35**.  The Court also

considered the Conditional Opposition filed by First Northern, **DE 43**, and its supporting Declaration, **DE 44**, as well as the Conditional Objection filed by U S Bank.  **DE 47**.  No objections to the Trustee's Notice of Intent To Abandon were filed with the Court.

The Sale Motion contemplated three possible outcomes: a sale of specified equipment and inventory for $1,500,000; a sale of inventory only for $400,000, and abandonment of the equipment, effective as of the date of the hearing, if a sale of the equipment did not occur.  Sale of the equipment was subject to the proposed purchaser's successful acquisition of the real property located at 45 Stokes Drive in Mound House, Nevada.  At the originally scheduled hearing on September 5, 2017, the proposed purchaser, API, International ("API"), informed the Trustee and the Court that, in order to complete the purchase of the inventory, it would also need to acquire two forklifts and certain pallet racking equipment, items of equipment subject to a security interest in favor of First Northern.  API had not been able to negotiate a purchase of the real property located at 45 Stokes Drive in Mound House, Nevada.  Hearing on the Sale Motion was continued until September 13, 2017 to give the parties time to negotiate for API's purchase of the forklifts and pallet racking system and a corresponding release of First Northern's security interest in those items.

At the continued hearing, Trustee's counsel informed the Court that API had withdrawn its offer to purchase the inventory.  As a result, the portion of the Sale Motion related to the sale of personal property is deemed withdrawn.  Based upon the record the Court finds and concludes that notice was proper for both the sale portion of the motion and the notice of intent to abandon.  Accordingly, and based upon the record,

///

///

///

///

///

///

Hartman & Hartman
510 West Plumb Lane, Ste. B
Reno, Nevada 89509
(775) 324-2800

1    **IT IS ORDERED** that the Equipment, as defined in the Sale Motion, is abandoned

2  by the estate, effective as of September 13, 2017.  To avoid any uncertainty, once this Order

3  is entered on the docket, by application of § 362(c)(1) the Equipment is no longer property of

4  the estate and no longer subject to the automatic stay.

5  Submitted by:

6  **HARTMAN & HARTMAN**

7

8  /S/ Jeffrey L. Hartman
   Jeffrey L. Hartman, Esq.
   for Jeri Coppa-Knudson,

9  Trustee

10  **APPROVED / DISAPPROVED**

11  **WILKE,  FLEURY, HOFFELT, GOULD
    & BIRNEY**, LLP

12

13  /S/ Daniel Egan
    Daniel L. Egan, Esq. for First

14  Northern Bank of Dixon

15

16                                  #####

17

18

19

20

21

22

23

24

25

26

27

28

Hartman & Hartman
510 West Plumb Lane, Ste. B
Reno, Nevada 89509
(775) 324-2800

1

## <u>ALTERNATIVE METHOD Re: RULE 9021</u>

2    In accordance with Local Rule 9021, counsel submitting this document certifies that the
     order accurately reflects the court's ruling and that (check one):

3

4    _____    The court has waived the requirement set forth in LR 9021(b)(1).

5    _____    No party appeared at the hearing or filed an objection to the paper.

6    X____    I have delivered a copy of the proposed order to all counsel who appeared at the
              hearing, any trustee appointed in this case and any unrepresented parties who
7             appeared at the hearing, and each has approved or disapproved the order, or failed to
              respond as indicated below.

8

9    ***Debtor's Counsel:***

10   _____    Prepared / Approved the form of this order

11   _____    Waived the right to review the order and/or

12   _____    Appeared at the hearing, waived the right to review the order

13   X____    Matter unopposed, did not appear at the hearing, waived the right to review the order

14   _____    Disapproved the form of this order

15   _____    Did not respond to the paper

16   ***Trustee:***

17   X____    Approved the form of this order

18   _____    Disapproved the form of this order

19   _____    Waived the right to review the order and/or

20   _____    Did not respond to the paper

21   _____    Did not appear at the hearing or object to the paper

22   _____    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this
              order with the motion pursuant to LR 9014(g), and that no party has objected to the
23            form or content of the order.

24   I declare under penalty of perjury that the foregoing is true and correct.

25   Submitted by:

26   **HARTMAN & HARTMAN**

27
     /S/ Jeffrey L. Hartman_____
28   Jeffrey L. Hartman

Hartman & Hartman
510 West Plumb Lane, Ste. B
Reno, Nevada 89509
(775) 324-2800